ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6061

CR-FERGUSON
MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
DARRYL SMITH, )
 a/k/a "D" )
)
_____ )

## MOTION TO SEAL

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal the Indictment, Penalty Sheet, Certificate of Trial attorney, Arrest Warrant, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrest to be provided to the U.S. Marshals Service and the United States Customs Service relative to the above



captioned matter until such time as the defendant is arrested or further order the Court. The government is requesting this indictment be sealed because it believes the defendant may flee if he becomes aware of the pending indictment.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5000053
500 E. Broward Blvd, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255
Facsimilie: (954) 356-7336