UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6061-CR-FERGUSON
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA  )
                          )
v.                        )
                          )
DARRYL SMITH,             )
  a/k/a "D"               )
                          )
_____)

ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheet, Certificate of Trial Attorney, Warrant for Arrest, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrest to be provided to the U.S. Marshals Service and the United States Customs Service, until the defendant is arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of March, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

