ERR:hkp



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.** 00-6061

21 U.S.C. §963
21 U.S.C. §841(a)(1)
21 U.S.C. §952
21 U.S.C. §841(a)(1)
18 U.S.C. §2

**CR - FERGUSON**

**MAGISTRATE JUDGE SNOW**

**UNITED STATES OF AMERICA,**                    )
                                                  )
**v.**                                            )
                                                  )
**DARRYL SMITH,**                                 )
    **a/k/a "D",**                )
                                                  )
_____)

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

From on or about January, 1998, to November, 1999, at Broward County, in the

Southern District of Florida, and elsewhere, the defendant,

**DARRYL SMITH,**
**a/k/a "D",**

did knowingly and intentionally combine, conspire, confederate and agree with persons

known and unknown to the Grand Jury  to import into the United States, from a place

outside thereof, a Schedule I controlled substance, that is, a mixture and substance

containing a detectable amount of marijuana, in violation of Title 21, United States Code,

Section 952(a); all in violation of Title 21, United States Code, Section 963.



### COUNT II

From on or about January, 1998, through on or about November, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DARRYL SMITH,**
**a/k/a "D",**

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

### COUNT III

On or about February 27, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DARRYL SMITH,**
**a/k/a "D",**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

### COUNT IV

On or about February 27, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

2

**DARRYL SMITH,**
**a/k/a "D",**

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_Richard M. Sloan_
FOREPERSON

_Thomas E. Scott_
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_Edward R. Ryan_
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY

3

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**          **CASE NO.**_____

**v.**

**DARRYL SMITH**          **CERTIFICATE OF TRIAL ATTORNEY***

_____

**Superseding Case Information:**

**Court Division:** *(Select One)*          New Defendant(s)          Yes ____     No ____
                                            Number of New Defendants          ____
___ Miami ____ Key West                     Total number of counts          ____
_X_ FTL ____ WPB ____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:          (Yes or No) _NO_____
     List language and/or dialect        _English_____

4.   This case will take  _4_  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     *(Check only one)*                      *(Check only one)*

     | | | | | |
     |---|---|---|---|---|
     | I | 0 to 5 days | _X_ | Petty | _____ |
     | II | 6 to 10 days | _____ | Minor | _____ |
     | III | 11 to 20 days | _____ | Misdem. | _____ |
     | IV | 21 to 60 days | _____ | Felony | _X_ |
     | V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court? (Yes or No) _Yes_
     If yes:
     Judge: _____          Case No. _____
     (Attach copy of dispositive order)

     Has a complaint been filed in this matter?(Yes or No) _____No_____
     If yes:
     Magistrate Case No. _____
     Related Miscellaneous numbers: _____
     Defendant(s) in federal custody as of _____
     Defendant(s) in state custody as of _____
     Rule 20 from the _____          District of _____

     Is this a potential death penalty case? (Yes or No) _____No_____

7.   Does this case originate from a matter pending in the U. S/ Attorney's Office prior to April 1, 1999? _X_ Yes __ No If yes, was it pending in the Central Region? _X_ Yes __ No

                              _____
                              EDWARD R. RYAN
                              ASSISTANT UNITED STATES ATTORNEY
                              Court Bar No. A500053

*Penalty Sheet(s) attached                              REV. 4/7/99

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**Defendant's Name: _DARRYL SMITH, a/k/a "D"_** _____ **No.** _____

**Count #: I Conspiracy to import marijuana; in violation of 21 USC 963**

**\*Max. Penalty: 5 years' mandatory imprisonment; 40 years' maximum; $2,000,000 fine**

**Count #: II Conspiracy to possess with intent to distribute marijuana; in violation of 21USC 846(a)(1)**

**\*Max. Penalty: 5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,000 fine**

**Count #: III Importation of marijuana; in violation of 952 and 18 USC 2**

**Max. Penalty: 5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,00 fine**

**Count#: IV Possession with intent to distribute marijuana; in violation of 21 USC 841 and 18 USC 2**

**Max. Penalty:5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,00 fine**

**Count#:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

*REV. 12/12/96*