AO 442 (Rev. 12/85) Warrant for Arrest   AUSA EDWARD RYAN USCS S/A ALFRED DEANGELUS (954) 356-7383

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DARRYL SMITH,
a/k/a "D"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6061

CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DARRYL SMITH, a/k/a "D" _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Conspiracy to import Marijuana; Conspiracy to Possession with Intent to Marijuana; Importation of Marijuana and Possession with intent to distribute Marijuana;

in violation of Title 21;18 United States Code, Section(s) 963, 846, 952, 841(a)(1) ; 2

CLARENCE MADDOX                                           COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                                   Title of Issuing Officer

/s/ Jenny Butler                                          March 9, 2000 Fort Lauderdale, Florida
Signature of Issuing Officer                              Date and Location

                                                          /s/ Lurana S. Snow
Bail fixed at $ Pretrial Detention Requested              by Lurana S. Snow, Chief United States Magistrate Judge
                                                          Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ Darryl Smith _____

ALIAS: _____ D _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: ___USCS, 299 E. Broward Blvd., Fort Lauderdale, S/A Alfred DEANGELUS___

_____(954) 356-7383_____