COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Darryl Smith (J)#  CASE NO: 00-6061-CR-Ferguson
AUSA: Ed Ryan  present  ATTNY: H.T. Smith  present
AGENT: _____  VIOL: _____
PROCEEDING: PTD Hearing  BOND REC: _____
BOND HEARING HELD - (yes)/no  COUNSEL APPOINTED: _____
BOND SET @ $250,000 PSB
CO-SIGNATURES: wife
SPECIAL CONDITIONS:

FILED by ___ D.C.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. In Miami
4) Rpt to PTS as directed ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment. — not master on boats
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: 10pm - 6am
11) Travel extended to: Dade, Broward, Palm Beach Counties
12) ___ Halfway House
    ✓ Electronic Monitoring in home in evening
Reside at current address, no illegal drugs or excessive alcohol

Gov't proceeding on risk of flight & danger to the community

PTD request - Denied

Bond stayed until 3:00pm to see if Gov't appeals

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: 3-20-00  11:00am  Snow ✓
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. XXXX OR REMOVAL: 3-20-00  11:00am  Snow ✓
STATUS CONFERENCE: _____
DATE: 3-17-00  TIME: 10:00am  TAPE # 00-022  PG # 1
711-3060