|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
| v. : | CASE NO. _00-6061-CR-Ferguson_ |
| _Darryl E. Smith_ : | |

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

RECEIVED & FILED IN OPEN COURT
ON _3-17-00_ AT
_FTL_, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

COMES NOW _H. T. Smith_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) _H. T. Smith_

Counsel's Signature _H. T. Smith_

Address _1017 N.W. 9th Court_
_Mia., Fl._          Zip Code: _33136-3012_

Telephone _305-374-1545_