```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  00-6061-CR-FERGUSON
UNITED STATES OF AMERICA,

vs.

DARRYL SMITH

_____
```

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

That this case is to be UNSEALED pursuant to the arrest and initial appearance of the above defendant.

**DONE AND ORDERED** at Miami, Florida this __15th__ day of __MARCH__, 2000.

TAPE NO: 00G25-3356

UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor