# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

00-6061CR-WDF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR 6011-004 | |
| Plaintiff ) | 0/611-024 | |
| ) | | |
| -vs- ) | REPORT COMMENCING CRIMINAL ACTION | |
| ) | | |
| DARRYL ZANUCK SMITH ) | | |
| Defendant | | |

*************************************************************

TO: CLERK'S OFFICE   (MIAHI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 03-15-2000 _____ a.m./p.m.

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: Drug Trafficking - 21USC 952, 963 Import. Marij, Consp to import marij, Poss'D marij, 1 Coms Piu Puices

(4) UNITED STATES CITIZEN:   (X)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: 08-20-1959

(6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
    [X] INDICTMENT   [ ] COMPLAINT   CASE #_____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$ PTD   WHO SET BOND? AUSA Ryan

(7) REMARKS: _____

(8) DATE: _____   (9) ARRESTING OFFICER S/A AL DE ANGELUS

(10) AGENCY U.S. Customs   (11) PHONE # (954) 356-7393 X 125 (O)
                                        (954) 868-2979 — (C)

(12) COMMENTS _____

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DARRYL SMITH,
a/k/a "D"

## WARRANT FOR ARREST

CASE NUMBER: 00-6061
CR-FERGUSON
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DARRYL SMITH, a/k/a "D" _____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to import Marijuana; Conspiracy to Possession with Intent to Marijuana; Importation of Marijuana and Possession with intent to distribute Marijuana;

in violation of Title 21;18 United States Code, Section(s) 963, 846, 952, 841(a)(1) ; 2

CLARENCE MADDOX
Name of Issuing Officer

*[signature: Jenny Butler]*
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention *requested*

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

March 9 2000 Fort Lauderdale, Florida
Date and Location

*[signature: Lurana S. Snow]*
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DATE RECEIVED

DATE OF ARREST

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By *[signature]*
                         Deputy Clerk
Date  3/9/00