COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DARRYL SMITH (J) (B) #61611-004   CASE NO: 00-6061-CR-FERGUSON

AUSA: ED RYAN / Menchel   ATTY: H.T. SMITH (temp)

AGENT: _____   VIOL: _____

PROCEEDING INQ RE CNSL/ARRAIGN.   RECOMMENDED BOND PTD ✗

BOND HEARING HELD - yes/no   COUNSEL APPOINTED _____

____ BOND SET @ _____

____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person

3) Travel extended to: _____

*deft requested more time*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:   3-27   11   LSS

PTD/BOND HRG: _____

PRELIM/ARRAIGN:   3-27   11   LSS

REMOVAL HRG: _____

STATUS CONF: _____

Date: 3/20/00   Time: 11:00   FTL/LSS TAPE #00- 016   Begin: 49   End: 84

*FILED by __ D.C. MAR 20 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*