UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6061CR
Judge Ferguson

UNITED STATES OF AMERICA

Vs.

DARYL SMITH,

Defendant

_____/

FILED by ___ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

MOTION FOR MODIFICATION OF PRETRIAL RELEASE

Defendant, DARYL SMITH, by and through his undersigned attorney, respectfully moves this Honorable Court to Modify the terms of his Pretrial Release and alleges:

1. That Defendant was placed on Pretrial Release last week with a monitoring device. Defendant is not allowed to leave his home until 6:30 a.m. each workday.

2. That Defendant is a card-carrying member of the Longshoremens' Association Union and needs to be at the Union Hall at 6:00 a.m. to sign in for work each day or he cannot work.

3. Pretrial Release has no objection to this Modification.



WHEREFORE, Defendant, DARYL SMITH, by and through his undersigned attorney, prays this Honorable Court Modify Terms of his Pretrial Release to allow him to leave his home every workday at 5:00 a.m. to report to work at 6:OO A.M.

PAUL F. GERSON
Attorney for Defendant
Fla. Bar No: 094365
2650 Biscayne Boulevard
Miami, Florida 33137
PHONE: (305) 371-7100

ORDER

THIS CAUSE having come on to be heard before me upon the foregoing Motion to Modify Terms of Pretrial Release, it is hereby:

ORDERED & ADJUDGED:

That Defendant, DARYL SMITH, may leave home every work day at 5:00 A.M. to go to work at 6:00 A.M. at the Longshoremen's Union Hall forthwith.

DONE and ORDERED this 27th day of March, 2000.

UNITED STATES ~~DISTRICT~~ MAG. COURT JUDGE