UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061CR Ferguson

UNITED STATES OF AMERICA,

v.

Smith, Daryl

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

[FILED by ___ D.C. MAR 28 2000 CLARENCE MADDOX S.D. OF FLA.]

COMES NOW PAUL F. GERSON, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 3/27/00

Attorney PAUL F. GERSON
Address 2650 Bisc. Blvd.
City Miami   State FL   Zip 33137
Telephone 305-371-7100
Florida Bar No. 094365

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

X _____

13