COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DARRYL SMITH (B)     CASE NO: 00-6061-CR-FERGUSON

AUSA: Ed Ryan     ATTY: Paul Gerson

AGENT:     VIOL:

PROCEEDING Inquiry Re: Counsel/Arraignment RECOMMENDED BOND

BOND HEARING HELD - yes/no     COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

- Bond modified - Order entered

FILED by ___ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

    PTD/BOND HRG:

    PRELIM/ARRAIGN:

    REMOVAL HRG:

    STATUS CONF: April 13, 2000 @ 11:00 a.m.

FTL/LSS
Date: March 27, 2000 Time 11:00 a.m. TAPE #00- 017    Begin: 1700 End: 1740

14