

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-~~DIMITROULEAS~~ *FERGUSON*

UNITED STATES OF AMERICA

vs

DARRYL SMITH

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on March 27, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:      Address:_____

     _____

     Telephone:_____

DEFENSE COUNSEL:    Name: *Paul Gerson*

     Address: *2650 Biscayne Boulevard*

     *Miami, Florida 33137*

     Telephone: *305-371-7100*

*modified* BOND SET/(CONTINUED): $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this *27th* day of *March* ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *Amy Jordan*
    Deputy Clerk

Tape No. *00-017*

cc: Copy for Judge
    U. S. Attorney