ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6061-CR-FERGUSON/Snow

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DARRYL SMITH, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF RELATED CASE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, hereby gives notice that the above-captioned case is related in nature to the case of United States of America v. Sean Harris and Wilton Ellis, 99-6039-CR-Hurley. It is related because the conspiracy charged in case 99-6039-CR-Hurley makes up a significant part of the conspiracy charged in the instant case. Moreover, the defendants Sean Harris and Wilton Ellis will testify as witnesses in the instant case.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN (Court #A500053)
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394-3002
Telephone: (954) 356-7255, Fax: (954) 356-7228
E-Mail: Eward.Ryan@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was ~~hand delivered~~ mailed this 4th day of April, 2000, to:

Paul Gerson, Esquire
1444 Biscayne Boulevard, Suite 220
Miami, Florida 33132

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY