DEFT: Darryl Smith (no deft.)    CASE NO: 00-6061-CR-Ferguson
AUSA: Ed Ryan /Rice    ATTNY: Paul Gerson  not present
AGENT: ___    VIOL: ___ present
PROCEEDING: Status Conference    BOND REC: ___
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___
___ BOND SET @ ___

FILED by ___ D.C.
APR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no motions pending
5 days to try
Govt is ready
possible plea

A - has until May 8th
for pretrial motions
A - will file motion
to continue

NEXT COURT APPEARANCE:    DATE: ___    TIME: ___    JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 4-13-00    TIME: 11:00am    TAPE # 00-026 PG # 2
1788-1844
recalled
00-026
2207

21