UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

DARRYL SMITH,

      Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 13, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require five days to try. Finally, the Government informed the Court that it has given the defendant until April 14, 2000, to accept a proposed plea agreement. If the defendant does not accept the plea agreement by that date, it will supersede the Indictment on April 20, 2000.

2.    Defense counsel informed the Court that the discovery in this case is voluminous. Nonetheless, he has not yet received the Government's laboratory reports,

1



fingerprint reports, and <u>Giglio</u> material. Accordingly, he requested and was granted to May 8, 2000, to file pretrial motions. Finally, defense counsel informed the Court that he will be moving to continue the trial of this cause given the complexity of the charges and the volume of discovery.

DATED at Fort Lauderdale, Florida this 12th day of April 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Ed Ryan, Esquire
Assistant United States Attorney

Paul Gerson, Esquire
1444 Biscayne Boulevard, Suite 220
Miami, Florida 33132-1422
Attorney for Defendant

2