UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                                                CASE NO. 00-6061 -CR Ferguson

DARRYL SMITH,
a/k/a "D"

    Defendant
_____/

### NOTICE OF APPEARANCE

The Clerk and all parties, pursuant to Federal Rules of Criminal Procedure, will note the Appearance of the undersigned as counsel for Defendant Darryl Smith.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this 19 day of April, 2000, to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:    (305) 377-2528

