UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                        CASE NO. 00-6061-cr-WDF

DARRYL SMITH,
a/k/a "D"

    Defendant
_____/

**MOTION ON BEHALF OF DEFENDANT
DARRYL SMITH FOR DISCOVERY**

Defendant, Darryl Smith, by and through her undersigned counsel of record, moves this Court for discovery and inspection of the following items:

1. Statement of the Defendant, reduced to writing, including any recordings and/or transcripts, as described in Rule 16(a)(1)(A), Federal Rules of Criminal Procedure.

2. Any statements which the Government intends to offer during the course of trial made by any co-defendant or co-conspirator alleged by the Government to be in furtherance and during the course of conspiracy, and such as a statement attributable to this Defendant.




ENVELOPES NOT PROVIDED

3. A copy of the Defendant's prior criminal record, if any, as described in Rule 16 (a)(1)(B), Federal Rules of Criminal Procedure.

4. All documents and tangible objects as described in Rule (a)(1)(C), Federal Rules of Criminal Procedure.

5. Reports of examinations and tests as described in Rule 16 (a)(1)(D), Federal Rules of Criminal Procedure.

WHEREFORE, Defendant respectfully prays this Court issue an Order requiring the Government to produce to the undersigned attorney reasonably prior to trial and pretrial motions all of the above described material, and for such other and further relief as this Court may deem just and proper.

Dated this ___19___ day of April 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this ___17___ day of April, 2000, to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

_____
JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:   (305) 377-2528