UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 00-6061

DARRYL SMITH,
a/k/a "D"

    Defendant
_____/

## MOTION FOR CONTINUANCE OF TRIAL

Defendant, Darryl Smith, by his attorneys, Joseph W. Gibson, P.A/, hereby moves the Court for a Continuance of Trial in this case, pursuant to Title 18, United States Code, Section 3161(8)(A)&(B), for a period of sixty (60) days.

1. Counsel for Defendant has recently been substituted on the case and is in the process of reviewing discovery.

2. Counsel for Defendant has previously explained to the defendant his right to a speedy trial, as provided in 18 U.S.C. Section 3161, et seq.

3. The discovery in this case is voluminous and counsel needs additional time in order to carefully review discovery and adequately prepare trial in order to represent Defendant effectively.



NON-COMPLIANCE OF S.D. fla. L.R. _____
COPIES NOT PROVIDED
ENVELOPES NOT PROVIDED



4.  Defendant's trial date is scheduled for May 8, 2000.

5.  Defendant, Darryl Smith, respectfully requests this Honorable Court for a continuance of sixty (60) days, i.e. through and including July 7, 2000.

WHEREFORE, Defendant respectfully requests that this Court grant this motion and continue Defendant's trial date for sixty (60) days, through and including July 7, 2000.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this 26th day of April, 2000, to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

_____
JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:   (305) 377-2528