ERF lkp

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-Ferguson(s)
21 U.S.C. §963
21 U.S.C. §846
21 U.S.C. §952
21 U.S.C. §841(a)(1)
18 U.S.C. §2
18 U.S.C. §922(g)(1)
8 U.S.C. §1324(a)(1)(A)(i)
8 U.S.C. §1324(a)(A)(v)(II)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| DARRYL SMITH, a/k/a "D", | ) |
| Defendant. | ) |

FILED BY MAY 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about January, 1998, to in or about March, 2000, at Broward County, in the

Southern District of Florida, and elsewhere, the defendant,

DARRYL SMITH,
a/k/a "D,"

did knowingly and intentionally combine, conspire, confederate and agree with persons known and

unknown to the Grand Jury to import into the United States, from a place outside thereof, a Schedule

I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana,



in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

From in or about January, 1998, through in or about March, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

DARRYL SMITH,
a/k/a "D,"

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT III

On or about February 27, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

DARRYL SMITH,
a/k/a "D,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

### COUNT IV

On or about February 27, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DARRYL SMITH,
a/k/a "D,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT V

On or about March 15, 2000, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### DARRYL SMITH,
a/k/a "D,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT VI

In or about March 1999 [October 15, 1999], in Miami-Dade County, in the Southern District of Florida, the defendant,

### DARRYL SMITH,
a/k/a "D,"

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a .38 caliber special revolver, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT VII

In or about March, 2000 [1999 struck through], in Broward County, in the Southern District of Florida, the defendant,

**DARRYL SMITH,**
a/k/a "D,"

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting commerce, to wit, .38 caliber special ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT VIII

In or about February, 1998, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DARRYL SMITH,**
a/k/a "D,"

did knowingly and willfully bring into the United States aliens, knowing that said persons were aliens, at a place other than a designated port of entry, and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(A)(v)(II).

### COUNT IX

In or about August, 1998, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

4

DARRYL SMITH,
a/k/a "D,"

did knowingly and willfully bring into the United States aliens, knowing that said persons were aliens, at a place other than a designated port of entry, and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(A)(v)(II).

## COUNT X

In or about October, 1998, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

DARRYL SMITH,
a/k/a "D,"

did knowingly and willfully bring into the United States aliens, knowing that said persons were aliens, at a place other than a designated port of entry, and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(A)(v)(II).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. __00-6061-CR-Ferguson(s)__

v.

DARRYL SMITH,                   **CERTIFICATE OF TRIAL ATTORNEY***
a/k/a "D"

**Superseding Case Information**:
New Defendant(s)       Yes _X_   No ___
**Court Division**: (Select One)   Number of New Defendants    _1_
                                   Total number of counts      _10_
___ Miami   ___ Key West
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:        (Yes or No) _NO_
    List language and/or dialect ___English___

4.  This case will take _10_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                    (Check only one)

    I    0 to 5 days      ___          Petty    ___
    II   6 to 10 days     _X_          Minor    ___
    III  11 to 20 days    ___          Misdem.  ___
    IV   21 to 60 days    ___          Felony   _X_
    V    61 days and over ___

6.  Has this case been previously filed in this District Court? (Yes or No) _Yes_
    If yes:
    Judge: _Wilkie D. Ferguson, Jr_     Case No. __00-6061-CR-Ferguson__
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?(Yes or No) ___No___
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No)    No

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes _ No

                                        _____
                                        EDWARD R. RYAN
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Bar No. A500053

*Penalty Sheet(s) attached                                  REV 4/7/99

## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: DARRYL SMITH a/k/a "D"     No.: 00-6061-CR-Ferguson(s)

Count # I:
Conspiracy to import marijuana; in violation of 21 USC 963

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum; $2,000,000 fine

Count # II:
Conspiracy to Possess with intent to distribute marijuana; in violation of 21 USC 846

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum; $2,000,000 fine

Count #III:
Importation of Marijuana; in violation of 952 and 18 USC 2

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum; $2,000,000 fine

Count #IV:
Possession with intent to distribute marijuana; in violation of 21 USC 841(a)(1) and 18 USC 2

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum; $2,000,000 fine

Count #V:
Possession with intent to distribute marijuana; in violation of 21 USC 841(a)(1) and 18 USC 2

*Max Penalty: 5 years' maximum imprisonment; $2,000,000 fine

Counts #VI & VII:
Felon in possession of a firearm: 18:922(g)(1)

*Max Penalty: 5 years' maximum imprisonment; $250,000 fine

Counts #VIII, IX & X:
Alien Smuggling;8:1324(a)(1)(A)(i) & 1324(a)(A)(v)(II)

*Max Penalty: 5 years' maximum imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12·12·96