| | | | |
|---|---|---|---|
| DEFT: | Darryl Smith (B) | CASE NO: | 00-6061-CR-Ferguson |
| AUSA: | Ed Ryan | ATTNY: | Joe Gibson |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment on SS Indictment | BOND REC: | |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |

FILED by ___ D.C.
JUN 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
___ Electronic Monitoring _____

Reading of indictment waived
Not Guilty Plea entered
Jury trial demanded
~~Standing Discovery Order~~

No Status Conference Set.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 6-9-00    TIME: 11:00am    TAPE # 00-347    PG #