

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-Ferguson

UNITED STATES OF AMERICA

vs

DARYL SMITH

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on June 9, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: ____On Bond_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name: _____Joseph Gibosn_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED: $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this__9th___day of __June_____, 2000

                              CARLOS JUENKE, CLERK OF THE COURT,

                              By: _____
                              Deputy Clerk

                              Tape No._____00-047_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services