UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6061-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| DARRYL SMITH, | ) |
|            Defendant. | ) |
| _____ | ) |

## GOVERNMENT'S NOTICE AMENDING TRIAL TIME AND PENALTY SHEET

The United States of America, by and through its undersigned Assistant United States Attorney, hereby notifies the Court and the defendant that the Penalty Sheet accompanying the Superseding Indictment in this case should state that for Counts One and Two, the minimum mandatory sentence is ten years with a maximum sentence of life and a fine of $4,000.00. Such sentence is based upon the evidence that was presented to the grand jury and that will be presented at trial.

Furthermore, after careful review of the large amount of evidence to be presented at trial,



the undersigned hereby states that the trial of the above-captioned case should take approximately 15 days to try.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: A500053
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27 day of June, 2000 to: Joseph Gibson, 19 W. Flagler St., Suite 720, Miami, FL 33130; Patrick Hunt, 101 NE 3rd Ave, Suite 202, Ft. Lauderdale, FL 33301.

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY