UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6061-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| DARRYL SMITH, | ) |
| Defendant. | ) |
| _____ | ) |

FILED by _____ D.C.
JUN 29 2000

ORDER

THIS CAUSE, having come before the Court on the Government's Motion Seeking an Order Pursuant to Rule 15 to Take Depositions, and the Court having been duly advised in the premises, it is hereupon:

ORDERED AND ADJUDGED, that said Motion be Granted.

The parties shall depose Bertis Thompson at 10:00am on July 3, 2000 at Room 140 of the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida. The defendant shall be present at said deposition.

DONE AND ORDERED this 28th day of June, 2000.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: United States Marshal Service
AUSA Edward R. Ryan
Joseph Gibson, Esq.
Patrick Hunt, AFPD