ER:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA

v.

DARRYL SMITH
_____/



## GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to continue the trial in this matter and in support, would state the following:

1.    A superseding indictment in this case was returned by the Grand Jury on May 25, 2000. The defendant was arraigned on the new charges on June 9, 2000. The superseding indictment contains ten counts. It is expected that the trial of this case will last approximately 15 trial days.

2.    The defendant's counsel has advised the undersigned that he is filing a motion to dismiss certain counts in the indictment and a motion to suppress a statement made by the defendant at the time of his arrest but without Miranda warnings. The undersigned believes that such statements will constitute an exception to the Miranda requirement due to exigent circumstances and/or public safety. As of the time of the writing of this pleading, the undersigned has not yet seen



the defendant's motions. The undersigned will respond to such motions upon receipt. An evidentiary hearing will be necessary to dispose of the motion to suppress which the undersigned believes will last approximately one day.

3.    It is expected that new discovery will be turned over to the defense in the near future. First, the undersigned will turn over information regarding an expert witness in the field of marijuana distribution who will testify to certain tools and paraphernalia found in the defendant's home and warehouse. Second, handwriting exemplars were taken from the defendant on the day of his arraignment and have been submitted to an expert for the purpose of comparison to certain exhibits taken from the defendant's home and warehouse. The expert has not yet issued his report of his comparison due to a scheduled vacation. The undersigned will be turning over the report immediately upon receipt.

4.    From August 8 through August 25, the undersigned will be on a family trip. Such trip involves airline travel and tickets that have already been purchased. During such trip, the undersigned's wife will be directing a summer camp for children suffering from cancer. During that time, the undersigned acts as the sole care provider for the undersigned's two children.

5.    The undersigned has discussed this motion with defense counsel. At the time of the arraignment on the superseding indictment, counsel and the undersigned agreed that both parties would need until September to be prepared for this case to go to trial. Prior to the filing of this motion, counsel informed the undersigned that the defendant changed his mind and wanted an immediate trial.

6.    The defendant is out on bond.

7.    The filing of defendant's motions toll the requirements of speedy trial pursuant to 18 U.S.C. 3161(h)(1).

Based upon the above, the undersigned submits that it is necessary to continue this trial until

the early part of September. Such continuance will allow for discovery to be completed and for the

disposition of pretrial motions. Defendant will not be prejudiced by such continuance.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A500053
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255, x 3514
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this $5^{-44}$

Day of July, 2000 to: Sam Smargon, Federal Public Defender's Office, 101 NE 3rd Ave., suite 202,

Ft. Lauderdale, FL 33301.

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY