**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ____ V____ D.C.

**JUL 1 0 2000**

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. _00-6061-CR_        Date: _7-10-2000_

Clerk: _Valerie Thompkins_        Reporter: _Paul Haferling_

USPO: _____        Interpreter: _None_

UNITED STATES OF AMERICA vs. _Patrick Smith_

AUSA: _Edward Ryan_

Defendant(s) Counsel: _Joseph W. Gibson_

Defendant(s)  Present___  Not Present_X_  In Custody___

Reason for hearing: _Calendar Call_

Result of hearing: _Government's written motion_
_to Continue Trial filed 7-5-00 is Granted_

Case Continued to: _9-18-00_ Time: _3:15_ p.M. For: _Calendar Call_

36