UNITED STATES OF AMERICA,
Plaintiff,

Vs.

DARRYL SMITH,
Defendant.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6061-CR-FERGUSON

JUL 1 4 2000

## ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion, filed by the government, on July 5, 2000. The Court having considered the motion and advise of the defendant that he does not oppose such a motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **September 25, 2000, and Calendar Call is scheduled for 3:15 p.m. on Monday, September 18, 2000**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (7/5/00 to 9/25/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___12th___ day of July 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Ed Ryan, AUSA and Joseph Gibson, Esq

