UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| DARRYL SMITH, | ) |
| Defendant. | ) |
| | ) |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS
COUNTS VI AND VII OF SUPERSEDING INDICTMENT

The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to Defendant's Motion to Dismiss Counts VI and VII of Superseding Indictment, and urges this Court to deny same.

First, defendant Smith is mistaken in his claim that he has been charged with the simultaneous possession of a firearm and ammunition in two separate counts. Count VI of the superseding indictment in this case charges the defendant with possession of the weapon on or about October 15, 1999. Count VII charges the defendant with possession of ammunition in March 2000 (Such dates were inserted as amendments at the time that the Grand Jury was considering the case). At trial, the government's proof will be that the defendant possessed the weapon in October of 1999 after it was given to him by his half-brother. As to the ammunition, the government's proof will be that the defendant constructively possessed numerous rounds of ammunition contained in a box in defendant's warehouse which was seized by agents on March 15, 2000. Such acts of possession are clearly separate in nature and properly support separate charges.

Second, defendant mistakenly cites <u>US vs. Hall</u>, 77 F.3d 398 (11th Cir. 1956) for the proposition that he cannot be charged and/or convicted of simultaneous possession of a weapon and ammunition. In <u>Hall</u>, the Eleventh Circuit affirmed the defendant's conviction on both charges but remanded for re-sentencing on the grounds that sentencing for the two counts must merge. Id. At 402. Consequently, even if defendant was charged with simultaneous possession, such charges would be appropriate.

For these reasons, defendant's motion should be denied.

                          Respectfully submitted,

                          GUY A. LEWIS
                          UNITED STATES ATTORNEY

By:

                          EDWARD R. RYAN
                          ASSISTANT UNITED STATES ATTORNEY
                          Florida Bar No. A500053
                          500 E. Broward Blvd, Suite 700
                          Ft. Lauderdale, FL 33394
                          Telephone: (954) 356-7255 x 3514
                          Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this /5 day of July, 2000 to: Joseph Gibson, 19 W. Flagler St., Suite 720, Miami, FL 33130.

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY