UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

JUL 2 6 2000

vs.

Case No. 00-6061-CR-FERGUSON

DARRYL SMITH,

(Trial 9/25/00)

Defendant.

**ORDER OF REFERENCE TO U.S. MAGISTRATE**

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, the following is referred to

U.S. Magistrate Lurana Snow, for a Report and Recommendation and/or Order: Motion to

Dismiss Counts VI and VII of Superseding Indictment and Other Relief.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this ___ day of July, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

c:  U.S. Magistrate Lurana Snow
    Edward Ryan, AUSA
    Joseph W. Gibson, Esq

