UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| DARRYL SMITH, | ) |
| Defendant. | ) |
| | ) |

## GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

Attached please find a report and resume from Howard Seiden who will testify for the government in the trial of the above-captioned case as an expert in the field of handwriting examination. This should fulfill the discovery requirement regarding this subject matter.

Please contact the undersigned if other information is properly discoverable and necessary.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Bar No. A500053
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255
Fax: (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4

day of August, 2000 to: Joseph Gibson, 19 W. Flagler St., Suite 720, Miami, FL 33130

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

BROWARD COUNTY SHERIFF'S OFFICE          Lab Number: 00-00013680
P.O. Box 9507                            Agency Case: 99-5134
Fort Lauderdale, FL 33310                       Date: 7/20/00

## CRIME LABORATORY ANALYSIS REPORT

To: Special Agent A. DeAngelus
    United States Custom Service
    299 E. Broward Blvd. Suite 405
    Fort Lauderdale, FL 33301

The following evidence was submitted to this laboratory:

Item A:  One document that begins ITENQLY, bearing questioned writing.
Item B:  (1-9) Nine documents bearing the represented standard writing
         Darryl Smith.

After examination and comparison of the above documents it is the opinion of
this examiner that there [illegible] indicates Darryl Smith may
have written the document.

The foregoing instrument was                Respectfully submitted,
acknowledged before me this
___ day of July, 2000
by Howard G. Seiden
who is personally known to me               Howard G. Seiden
_____                   Criminalist
Verna N Gibbs CC910074
STATE OF FLORIDA, COUNTY OF BROWARD

[Notary seal: VERNA N. GIBBS]

```
ADMISSION/DEPARTURE NBR  12288990107     ADMISSION CODE  B2    VALID TO  041099
NAME (LAST, FIRST)  THOMPSON, BERTIS
CITIZENSHIP  BS BAHAMAS              DOB  052366    SEX  M
PASSPORT NBR  R078613
COUNTRY OF RESIDENCE  BS BAHAMAS
              ********** ARRIVAL INFORMATION **********
AIRLINE CO  CONTINENTAL AIRLINES     FLIGHT NBR  09163  ARRIVAL DATE  101198
CITY OF VISA ISSUE    NASSAU         VISA ISSUE DATE  112897  PORT  FBA
U.S. ADDRESS- STREET  HOLIDAY INN
              CITY  MIAMI            STATE  FL
COMMENTS
```

DATE OF RYDER TRUCK RENTAL

```
              ********** DEPARTURE INFORMATION **********
PORT               DATE
 CARRIER TYPE   CARRIER
FLIGHT NBR/SHIP NAME


F1/F2=HELP) (F3=MAIN MENU) (F4=HITLIST) (F9=VW ACCESS) (F16=PRINT REC)
```

**Howard Seiden**
Broward Sheriff's Department
201 SE. 6th Street. North Wing  Room 1798
Fort Lauderdale, Florida  33301
Phone (954) 631-5994

### EXPERIENCE
Document Examiner : Broward Sheriff's Office 1991- present
Certified by the American Board of Forensic Document Examiners, Inc.
Testify as an Expert Witness. Present training seminars on document examinations to law enforcement agencies. Guest lecturer at Nova Law School.

### Training
*Metro-Dade Police Department Crime Laboratory*
Internship - Questioned Documents *1991-1993.*

*Federal Bureau of Investigation*
Fundamentals of Document Examinations for Laboratory Personnel *July 1993.*

*United States Postal Inspection Service*
Questioned Documents. Introduction, Individualized Instruction *May 1992.*

*United States Secret Service Treasury Department*
Questioned Document Course *June 1991.*

*Valencia Community College Questioned Document Seminar May 1991*

### EDUCATION
Master of Biological Science, Florida Atlantic University *1989.*
Bachelor of Science, Biology, Florida International University *1977.*
Bachelor of Arts, Chemistry, Florida International University *1976.*

### MEMBERSHIPS
- Diplomate of The American Board of Forensic Document Examiners, Inc.
- Southeastern Association of Forensic Document Examiners.
- American Society for Testing and Materials, Subcommittee on Questioned Documents

### SEMINARS AND WORKSHOPS
Canon Photocopier Workshop, Atlanta, Ga. 2000.
Rubber Stamp Workshop, Atlanta, Ga, 1999.
Examining Documents Throughout the Spectrum, Atlanta, Ga. 1997.
Typewriter Classification and Identification, Atlanta, Ga. 1995.
Questioned Document Database Workshop, Atlanta, Ga. 1994.

### PUBLICATIONS
*Removal of Dye-Pack Stains On U.S. Currency: A Reconstruction.*
International Journal of Forensic Document Examiners. (1996) 2: 220-225
*Rubber Stamps: Revisited.*
International Journal of Forensic Document Examiners. (1998) 4: 58-60.

### PRESENTATIONS
*The Collection Of Questioned Documents,* Broward Forensic Association.
*Document Examination for the Investigator,* Office of Auditor General.
*Examination of Questioned Documents,* U.S. Department of Justice, Southern District, FL.
*Removal of Dye Stains From U.S. Currency,* Southeastern Association of Forensic Document Examiners