UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

DARRYL SMITH, :

    Defendant. :
_____

**REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court on the defendant, **Darryl Smith**, Motion to Dismiss Counts VI and VII of Superseding Indictment and Other Relief (DE 35), which was referred to United States Magistrate Judge, Lurana S. Snow, for report and recommendation.

<u>CONCLUSION</u>

This Court having considered carefully the pleadings, arguments of counsel, and the applicable case law, it is hereby

RECOMMENDED that the motion be DENIED for the reasons set forth in the Government's response.

The parties will have ten days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with The Honorable Wilkie D. Ferguson, Jr., United States District Judge. Failure to file objections timely shall bar the parties from attacking on appeal




factual findings contained herein. <u>LoConte v. Dugger</u>, 847 F.2d 745 (11th Cir. 1998), <u>cert. denied</u>, 488 U.S. 958 (1988); <u>RTC v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 22nd day of August, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Edward Ryan, Jr., Esq.
Joseph Gibson, Jr., Esq.
Paul Gerson, Esq.