ERR km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON (s)(s)
21 U.S.C. §963
21 U.S.C. §846
21 U.S.C. §952
21 U.S.C. §841(a)(1)
18 U.S.C. §2
18 U.S.C. §922(g)(1)
8 U.S.C. §1324(a)(1)(A)(i)
8 U.S.C. §1324(a)(A)(v)(II)



FILED by _____ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
vs.                        )
                           )
DARRYL SMITH,              )
     a/k/a/ "D",           )
                           )
            Defendant.     )
_____)

### SECOND SUPERSEDING INDICTMENT

The Grand Jury charged that:

### COUNT I

From on or about January, 1998, to in or about March, 2000, at Broward County, in the

Southern District of Florida, and elsewhere, the defendant,

DARRYL SMITH,
a/k/a/ "D,"

did knowingly and intentionally combine, conspire, confederate and agree with persons known

and unknown to the Grand Jury to import into the United States, from a place outside thereof, a



43

Schedule I controlled substance, that is, in excess of one thousand (1000) kilograms of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

From on or about January, 1998, through in or about March, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

DARRYL SMITH,
a/k/a/ "D,"

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, in excess of one thousand (1000) kilograms of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT III

On or about February 27, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

DARRYL SMITH,
a/k/a/ "D,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule I controlled substance, that is, *in excess of one hundred (100) kilograms of* a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

9/7/00

JR 9/7/00

2

### COUNT IV

On or about February 27, 1999, at Broward County, in the Southern District of Florida,

and elsewhere, the defendant,

### DARRYL SMITH,
a/k/a/ "D,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled
substance, that is, *in excess of one hundred (100) kilograms of* a mixture and substance containing a detectable amount of marijuana; in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

### COUNT V

On or about March 15, 2000, at Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendant,

### DARRYL SMITH,
a/k/a/ "D,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled

substance, that is, a mixture and substance containing a detectable amount of marijuana; in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

### COUNT VI

In or about March, 1999, in Miami-Dade County, in the Southern District of Florida, the

defendant,

### DARRYL SMITH,
a/k/a/ "D,"

3

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a Smith & Wesson .38 caliber special revolver, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT VII

In or about March, 2000, in Broward County, in the Southern District of Florida, the defendant,

### DARRYL SMITH,

a/k/a/ "D,"

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting commerce, to wit, American Eagle, Federal .38 Special ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT VIII

In or about August, 1998, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### DARRYL SMITH,
a/k/a/ "D,"

did knowingly and willfully bring into the United States aliens, knowing that said persons were aliens, at a place other than a designated port of entry, and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(A)(v)(II) and Title 18 United States Code, Section 2.

### COUNT IX

On or about August 10, 1998, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DARRYL SMITH,**
a/k/a/ "D,"

did knowingly and willfully bring into the United States aliens, knowing that said persons were aliens, at a place other than a designated port of entry, and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i); 1324(a)(A)(v)(II), and Title 18 United States Code, Section 2.

### COUNT X

In or about October, 1998, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DARRYL SMITH,**
a/k/a/ "D,"

did knowingly and willfully bring into the United States aliens, knowing that said persons were aliens, at a place other than a designated port of entry, and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United

States Code, Sections 1324(a)(1)(A)(i); 1324(a)(A)(v)(II), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: ___DARRYL SMITH a/k/a/ "D"___ No.: 00-6061-CR-FERGUSON(s)(s)

Count #I:
Conspiracy to import marijuana; in violation of 21 USC 963

*Max Penalty: 5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,000 fine

Count #: II
Conspiracy to Possess with intent to distribute marijuana; in violation of 21 USC 846

*Max Penalty: 5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,000 fine.

Count# III:
Importation of Marijuana; in violation of 952 and 18 USC 2

*Max Penalty: 5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,000 fine.

Count #: IV
Possession with intent to distribute marijuana;in violation of 21 USC 841(a)(1) and 18 USC 2   *Max Penalty: 5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,000 fine

Count # V:
Possession with intent to distribute marijuana;in violation of 21 USC 841(a)(1) and 18 USC 2   *Max Penalty: 5 years' maximum imprisonment; $250,000 fine

Counts VI &VII:
Felon in possession of firearm/ammunition; 18:922(g)(1)

*Max Penalty: 5 years' maximum imprisonment; $250,000 fine

Counts VIII, IX ,& X
Alien Smuggling; 8:1324(a)(1)(A)(i) & 1324(a)(v)(ii)

*Max Penalty: 5 years' maximum imprisonment; $250,000 fine

---

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. __00-6061-CR-FERGUSON (s)(s)__ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| DARRYL SMITH, a/k/a/ "D" | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)     Yes ___ No _X_
Number of New Defendants ___
Total number of counts __10__

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect   _English_

4. This case will take _15_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days       ___         Petty     ___
   II   6 to 10 days      ___         Minor     ___
   III  11 to 20 days     _x_         Misdem.   ___
   IV   21 to 60 days     ___         Felony    _x_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A500053

*Penalty Sheet(s) attached                                       REV.6/27/00