UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA, )
)
vs. )
)
DARRYL SMITH, )
    Defendant. )
_____ )

### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10. Although this response is only now being formally filed, please be advised that much of the attached discovery materials have been turned over previously.

A.   1.   An audio tape has been turned over previously.

     2.   Oral statements have been turned over previously.

     3.   No defendant testified before the Grand Jury.

     4.   Defendant's record/prior conviction is attached.

     5.   Attached are documents bate stamped 1 to 535.

     6.   Lab analysis reports have been turned over and/or are attached.

B.   DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

1



- C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373, U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

- D&E. Plea agreements and other Giglio-type material have been turned over and/or are attached.

- F. The defendant's photo has been identified by numerous witnesses.

- G. The government has advised its agents and officers involved in this case to preserve all rough notes.

- H. The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

- I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

- J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

- K. The government will, upon defense request, deliver to any laboratory presently registered with the Attorney General in compliance with 21 U.S.C. §822 and §823 and 21 C.F.R. 1301.13, a sufficient representative sample of any alleged contraband which is the subject of this indictment to allow independent chemical analysis of such sample.

  If there is no response within ten (10) days from the date of the Certificate of Service attached hereto, the bulk of the contraband/narcotics will be destroyed. As usual, random samples will be set aside to be used as evidence at trial.

- L. Information regarding vessels and/or vehicles has been turned over and/or is attached.

- M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

- N. To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

  Expert testimony will include chemical analysis, handwriting analysis and narcotics packaging, trafficking techniques.

O.  Possible stipulation have been proposed previously.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense.

The attachments to this response are numbered pages 1 - 535. Please contact the undersigned Assistant United States Attorney if any pages are missing.

> Respectfully submitted,
>
> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> By: _____
> EDWARD R. RYAN
> ASSISTANT UNITED STATES ATTORNEY
> Bar No. A500053
> 500 E. Broward Blvd., Suite 700
> Ft. Lauderdale, FL 33394
> Telephone: (954) 356-7255 x 3514
> Fax: (954) 356-7336

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this 15 day of September, 2000 to: Joseph Gibson, 19 W. Flagler St., Suite 720, Miami, FL 33130.

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY