

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-WDF(s)(s)

UNITED STATES OF AMERICA

vs

DARRYL SMITH

**SECOND SUPERSEDING**

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 12, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: ON BOND FORM

Telephone:

DEFENSE COUNSEL: Name: JOSEPH GIBSON, ESQ.

Address:

Telephone:

BOND SET/CONTINUED: $ CON'T

Bond hearing held: yes___ no___ Bond hearing set for___

Dated this ___ day of SEPTEMBER, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: Benny Butler
Deputy Clerk

Tape No. 00- 050

cc: Copy for Judge
    U. S. Attorney