UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 00-6061-CR-FERGUSON

DARRYL SMITH,

    Defendant.

_____

### ORDER OF REFERENCE TO U.S. MAGISTRATE

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, the following is referred to U.S. Magistrate Lurana Snow, for a Report and Recommendation and/or Order: Motion To Suppress Statement Made During Custodial Interrogation.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 20th day of September 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

c:   U.S. Magistrate Lurana Snow
     Ed Ryan, AUSA
     Joe Gibosn, Esq

