UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

vs.                             :

DARRYL SMITH,                   :

    Defendant.              :       **N O T I C E**

---

**Type of Case:** Criminal

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

| | |
|---|---|
| **PLACE:** | **COURTROOM:** D |
| | **ROOM:** 203 |
| Federal Courthouse | |
| 299 E. Broward Boulevard | **DATE:** October 10, 2000 |
| Fort Lauderdale, Florida 33301 | **TIME:** 1:30 p.m. |

---

**TYPE OF PROCEEDING:**

Hearing on the defendant's Motion to Suppress Statement Made During Custodial Interrogation (DE 44).

---

Date: 9/26/00

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

(By) Deputy Clerk

Copies to:
AUSA Ed Ryan (FTL)
Paul Gerson, Esq.
Joseph Gibson, Jr., Esq.