UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,        :

    Plaintiff,               :

vs.                              :

DARRYL SMITH,                    :

    Defendant.               :    **RE-NOTICE**

FILED by ____ D.C.
OCT - 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**Type of Case:** Criminal

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**PLACE:**

Federal Courthouse
299 E. Broward Boulevard
Fort Lauderdale, Florida 33301

**ROOM:** 203

**DATE & TIME**
**PREVIOUSLY SET:** 10-10-00
                  1:30 P.M.

**CONTINUED TO DATE & TIME:**

October 17, 2000 @ 1:30 p.m.

**TYPE OF PROCEEDING:**

Hearing on the defendant's Motion to Suppress Statement Made During Custodial Interrogation (DE 44).

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Date: 10/5/00

(By) Deputy Clerk

Copies to:

AUSA Ed Ryan (FTL)
Paul Gerson, Esq.
Joseph Gibson, Jr., Esq.