UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

__UNITED STATES OF AMERICA__

    vs.      CASE NO: __00-6061-CR-FERGUSON__

__DARRYL SMITH (B)__
   Prisoner #

===========================================================================

MAGISTRATE JUDGE: __LURANA S. SNOW__

DEPUTY CLERK: __PENNY BUTLER__

COURT REPORTER: _Anita La Rocca_

DATE: __10/17/00__   TIME: __1:30__

TYPE OF HEARING: __MOTION TO SUPPRESS__

===========================================================================

COUNSEL: __AUSA ED RYAN__

         __PAUL GERSON, ESQ.__

         __JOSEPH GIBSON, JR., ESQ.__

REMARKS: _hrg held_

