UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                   Case No. 00-6061-CR-FERGUSON

DARRYL SMITH,
        Defendant.

7 2000

### ORDER OF REFERENCE TO U.S. MAGISTRATE

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, the following is referred to U.S. Magistrate Lurana Snow, for a Report and Recommendation and/or Order: Motion To Dismiss Second Superseding Indictment and Motion to Suppress Statements Made During Custodial Interrogation.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 7TH day of ~~October~~ November 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

c:    U.S. Magistrate Lurana Snow
      Edward Ryan, AUSA
      Joseph Gibson, Esq