UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA, )
)
vs. )
)
DARRYL SMITH, )
          Defendant. )
_____ )

## GOVERNMENT'S ADOPTION AND RELIANCE ON RESPONSES PREVIOUSLY FILED

The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to motions to dismiss indictment and suppress statements filed by defendant in the above-captioned case. Such motions, according to defense counsel, are identical to motions previously filed by defendant but were refiled following the return of a superseding indictment in the above-captioned case. Accordingly, the undersigned requests this Court's permission to adopt and rely on the responses filed in answer to defendant's original motions as if they were filed again.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By:      _____
            EDWARD R. RYAN
            ASSISTANT UNITED STATES ATTORNEY
            Bar No. A500053
            500 E. Broward Blvd, Suite 700
            Ft. Lauderdale, FL 33394
            Telephone: (954) 356-7255
            Fax: (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13 day of November, 2000 to: Joseph Gibson, 19 W. Flagler St., Suite 720, Miami, FL 33130.

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY