**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.   CASE NO. 00-6061 WDF

DARRYL SMITH,
a/k/a "D"

Defendant
_____/

### NOTICE OF APPEAL

Defendant, Darryl Smith, by his attorneys, Joseph W. Gibson, P.A.

hereby files his Notice of Appeal to a Report and Recommendation pertaining

to the above cause on November 30, 2000 by the Honorable Lurana S.

Snow, U.S. Magistrate.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this ___ day of December, 2000, to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:    (305) 377-2528