

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA

VS.

DARRYL SMITH

        Defendant.

_____/

## DEFENDANT'S MOTION TO SUPPRESS SEARCH WARRANT

       Defendant, Darryl Smith by and through undersigned counsel and pursuant to the

applicable rules of Federal Rules of Criminal Procedure, moves this Honorable Court to

Suppress the Search Warrant issued on March 15, 2000 for the search of Defendant's

residence. As grounds, Defendant states as follows:

1.     On or about March 15, 2000, agents of DEA, U.S. Customs and other

       agencies executed a Search Warrant on the home of Defendant, Darryl

       Smith located at 1030 N.W. Little River Drive, Miami.

2.     However, said warrant was obtained based on mis-statements from a

       witness.

3.     Exclusion of the misstatements would have resulted in the government's

       failure to establish probable cause to search said premises.

4.     In Franks v. Delaware, 98 S.Ct. 2674 (1978), the United States Supreme

       Court held that an affidavit that contains a false statement, intentionally or

       recklessly included by the government, which is material to a

NON-COMPLIANCE OF S.D. fla. L.R. 5.1B

determination of probable cause is subject to attack and the evidence recovered under the warrant would be suppressed.

5. The fifth, eight and ninth circuits have extended <u>Franks</u>, to include reckless omissions. See <u>United States v. Tomblin</u>, 46 F.3d 1369 (5th Cir. 1995), <u>United States v. Lucht</u>, 18 F.3d 541 (8th Cir. 19950, and <u>United States v. Stanert</u>, 762 F.2d 775 (9th Cir. 1985).

6. Here, the government alleged that there was probable cause to search the residence for firearms based on the mis-statements made by a cooperating witness, defendant's half brother.

7. Based on <u>Franks v. Delaware</u>, 98 S.Ct. 2674 (1978) the Search Warrant must be suppressed.

**WHEREFORE**, for the foregoing reasons discussed, Defendant, Darryl Smith moves this Honorable Court to Suppress the Search Warrant issued on  March 15, 2000 for the search of Defendant's residence located at 1030 N.W. Little River Drive, Miami.

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 26.1 (I), counsel have conferred in a good faith effort to resolve the issues raised in this motion and have been unable to do so.

Respectfully submitted,

Joseph W. Gibson, Esq.
FBN: 344494
JOSEPH W. GIBSON, P.A.
19 West Flagler Street,
Suite 207
Miami, Florida 33130
Phone: (305) 377-25250
Fax:    (305) 377-2528

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via U.S. Mail to: Edward R. Ryan, AUSA, Office of the Unites States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, Fl 33394 this ____ day of _____, 2000.

BY: _____
Joseph W. Gibson, Esq.