UNITED STATES OF AMERICA,
　　　　Plaintiff,
Vs.

DARRYL SMITH, (J)

　　　　Defendant.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

Case No. 00-6061-CR-FERGUSON

DEC 14 2000

CLARENCE MADDOX
C.L. U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTIONS TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned oral motion filed, by both parties, on September 18, 2000. The Court having considered the motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **January 16, 2001, and Calendar Call is scheduled for 3:15 p.m. on Monday, January 8th, 2001**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (9/18/00 to 1/16/01) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 14/7th day of November 2000.

　　　　　　　　　　　　　　　　　　WILKIE D. FERGUSON, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

copies:
U.S. Magistrate Judge Snow
Ed Ryan, AUSA
Joseph Gibson, Esq