| | | | |
|---|---|---|---|
| DEFT: | DARYL SMITH (B) | CASE NO: | 00-6061-CR-Ferguson |
| AUSA: | Edward Ryan *by Kathleen Rice* | ATTNY: | Joseph Gibson |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment on 3RD Superseding | BOND REC: | |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE: ____ DATE: ____ TIME: ____ JUDGE: ____
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: DECEMBER 21, 2000  TIME: 11:00  TAPE # 00-100  PG # 1239-1396