UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,  )
                           )
vs.                        )
                           )
DARRYL SMITH,              )
                           )
              Defendant.   )
_____)

## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO FRANKS MOTION

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to allow the government an enlargement of time of ten days within which to file its response to defendant's motion to suppress based on the Franks doctrine. In support, the undersigned would state as follows:

1. Defendant Smith previously filed a motion to suppress statements. During a hearing on such motion before United States Magistrate Judge Lurana S. Snow, defendant became aware of facts that he believes supports a motion to suppress evidence based upon the doctrine of Franks vs. Delaware. Such motion was filed on December 12, 2000.

2. Beginning on December 18, 2000, the undersigned was involved in hearings on a Kastigar motion in Miami before United States Magistrate Judge William Turnoff.

3. Due to the undersigned being involved in such hearings in Miami and due to the holidays, the undersigned did not receive defendant's motion until December 27, 2000.



4. The undersigned has not filed his response to defendant's motion at this time and would request until January 18, 2001 in which to do so.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone (954) 356-7255
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered this 8th day of January, 2001 to: Joseph Gibson, 19 W. Flagler St., Suite 720, Miami, FL 33130.

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY