UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 00-6061-CR-FERGUSON

DARRYL SMITH,

    Defendant.

## ORDER OF REFERENCE TO U.S. MAGISTRATE

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, this case is referred to U.S. Magistrate Lurana Snow, to complete the Report and Recommendation. The parties agree that an issue was not addressed.

A <u>Franks v. Delaware</u> issue, not properly before the Court at the first hearing is now ripe for adjudication.

This matter is currently set for trial the two-week period commencing February 12, 2001.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this __ day of January 2001.

                          WILKIE D. FERGUSON, JR.
                          UNITED STATES DISTRICT JUDGE

c:    U.S. Magistrate Lurana Snow
      Edward Ryan, AUSA
      Joseph Gibson, Esq