UNITED STATES OF AMERICA,
Plaintiff,
Vs.
DARRYL SMITH,
Defendant.

FILED by D.C.
JAN 24 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6061-CR-FERGUSON

**ORDER GRANTING ORAL JOINT MOTION TO CONTINUE TRIAL**

THIS CAUSE is before the Court on the above-mentioned motion filed, in open court, by both parties, on January 8, 2001. The Court having considered the motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **February 12, 2001, and Calendar Call is scheduled for 3:15 p.m. on Monday , February 5, 2001**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (1/8/01 to 2/12/01) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 24th day of January 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies: Ed Ryan, AUSA and Joe Gibson, Esq

67