UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA, )
)
vs. )
)
DARRYL SMITH, )
)
Defendant. )
_____ )

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Supplemental Response to the Standing Discovery Order.

Pursuant to the requirements of Sections D and E of the Standing Discovery Order, attached please find a copy of a plea agreement, a copy of an indictment in case 98-6128-CR-Zloch, a copy of a dismissal order for that same case, a copy of a transcript of testimony from that case and a DEA report concerning post arrest statements. All of these documents concern Ellison Robins who will testify in the trial of the above-captioned case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
BAR # A500053
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Tel. (954) 356-7255
Fax (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this $30$ day of January, 2001, to: Joseph Gibson, 19 W. Flagler St., Ste 720, Miami, FL 33130.

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY