UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,       :

    Plaintiff,               :

v.                                :

DARRYL SMITH,                     :

    Defendant.               :
_____

**O R D E R**

THIS CAUSE is before the Court on the Government's Motion for Enlargement of Time to File Response to <u>Franks</u> Motion (DE 65), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Government's response (DE 68) is deemed timely filed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of January, 2000.

                                                    LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Edward Ryan, Jr.
Joseph Gibson, Jr., Esq.
Paul Gerson, Esq.