UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA, )
)
vs. )
)
DARRYL SMITH, )
)
Plaintiff. )
_____ )

## GOVERNMENT'S SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this supplemental response to the Standing Discovery Order.

D. Attached please find a Motion for Reduction of Sentence for Wilton Ellis, who will testify as a witness in this case. Be advised that a hearing on this motion has been scheduled for March 7, 2001.

N. Attached please find a Report of Investigation by Vince Curry of the ATF detailing the findings of Kevin O'Keefe as to the ammunition seized in this case and charged in the indictment. Also attached is a curriculum vitae for agent O'Keefe. Attached also please find a resume for Juan Brana, a chemist for the DEA. Reports of analysis for chemist Brana have been turned over previously in this case. Chemist Brana will testify that he performed chemical examinations on various seized items in this case and based upon the reactions and readings of the exam determined that the tested item either contained or did not contain controlled substances as detailed in his individual reports. Attached please find a curriculum vitae for Richard Laite, a fingerprint specialist for the DEA. Reports of specialists Laite have been turned



over previously. Specialist Laite will testify that he performed fingerprint analysis on various items submitted in this case and made determinations as detailed in his individual reports.

The reports and resume are submitted to satisfy F.R.Cr. P. 16(a)(1)(E). If defendant seeks and is entitled to more information in this area, he should contact the undersigned.

Pursuant to F.R.Cr. P. 16, the United States now demands reciprocal discovery re expert testimony to be presented by the defendant as dictated by subsection(a)(1)(E).

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
BAR# A500033
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7225, ext 3514
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21 day of February, 2001 to: Joseph Gibson, 19 W. Flagler St., Ste. 720, Miami, FL. 33130.

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

## RESUME

*Juan C. Bruna*
*Southeast Laboratory*
*Miami, Florida 33166*
*(305) 590-4830*

### EDUCATION

| | |
|---|---|
| August 1993 (began work) | Master of Science (Thesis in Chemistry), expected upon completion of thesis. Florida International University, Miami, Florida |
| May 1993 | Bachelor of Science (Chemistry) Barry University, Miami, Florida |

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Present- May 1996 | DEA Forensic Chemist Southeast laboratory, Miami Florida |
| Sept. 1998 June 1996 | Consultant for TQC (Cardiac Section) Dade International, Miami, Florida |
| June 1996 January 1996 | Research Assistant Dade International, Miami, Florida |
| January 1996 August 1993 | Graduate Teaching Assistant Florida International University, Miami, Florida |
| January 1996 March 1994 | Forensic Chemist Intern Metro-Dade Police Department, Miami, Florida |
| January 1996 August 1993 | Graduate Research Assistant Florida International University, Miami, Florida |
| May 1993- September 1991 | Research Assistant Barry University, Miami, Florida |
| August 1992- June 1992 | Research Assistant University of Miami, Coral Gables, Florida |

### PRESENTATIONS

| | |
|---|---|
| August 1995 | Jose R. Almirall, Kenneth G. Furton, and <u>Juan C. Bruna</u>, *A Fast and Simple Method for the Analysis of Accelerants From Fire Debris Using Headspace Solid-Phase Microextraction.* An International Symposium on the Forensic Aspects of Arson Investigations- Federal Bureau of Investigations, Fairfax, Virginia |

| | |
|---|---|
| May 1995 | Juan C. Bruna, Jose R. Almirall and Kenneth G. Furton, *The Application of Direct and Headspace Solid-Phase Microextraction to the Analysis of Forensic Science Casework*, 1995 Joint Annual Meeting - Florida Sections American Chemical Society, Orlando, Florida |
| March 1995 | Juan C. Bruna, Jose R. Almirall and Kenneth G. Furton, *The Rapid Ultra-Trace Analysis of Accelerants from Fire Debris Using Headspace Solid Phase Microextraction*, (Oral Presentation), The Pittsburgh Conference, New Orleans, Louisiana |
| March 1995 | Juan C. Bruna, *Uses of SPME in Identifying Accelerants in Arson Samples*, (GUEST SPEAKER), Supelco's Second SPME Users' Meeting, The Pittsburgh Conference, New Orleans, Louisiana |
| February 1995 | J.R. Almirall, K.G. Furton, and J.C. Bruna, *A Novel Method for the Analysis of Accelerants from Fire Debris Using Headspace Solid-Phase Microextraction*, 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington |
| February 1995 | K.G. Furton, J.R. Almirall, and J.C. Bruna, *The Application of Headspace Solid-Phase to the Analysis of Accelerants from Fire Debris in casework*, 47th Annual Meeting of the American Academy of Forensic sciences, Seattle, Washington |
| September 1994 | J.R. Almirall, K.G. Furton, and J.C. Bruna, *A Novel Method for the Analysis of Gasoline from Fire Debris Using Headspace Solid-Phase Microextraction*, Southern Association of Forensic Scientists-Fall 1994 Meeting, Orlando, Florida |
| October 1993 | Juan C. Bruna, *Preparation and STM Characterization of Smooth Gold Surfaces*, MARC Symposium, Dorado Beach, Puerto Rico |
| October 1992 | Juan C. Bruna, *Scanning Tunneling Microscope Characterization of Smooth Gold surfaces*, Barry University, Miami, Florida |
| June 1992 | Juan C. Bruna, *Preparation And STM Characterization of Smooth Gold Surfaces*, Calder Library Miami, Florida |
| April 1992 | Juan C. Bruna, *DMSO Catalyzed Racemization of Aspartic Acid*, American Chemical Society Conference for student affiliates, San Francisco, California |
| April 1992 | Juan C. Bruna, *Techniques For Determining Amino Acid Racemization In Tumor Proteins*, Barry University, Miami, Florida |

## RESEARCH PUBLICATIONS

Jose R. Almirall, Juan C. Bruna, Kenneth Furton, *The Recovery of Accelerants in Aqueous Samples From Fire Debris Using Solid Phase Microextraction (SPME)* Science & Justice Vol 36 No 4, February 22, 1996, pp. 283-287.

K.G. Furton, J.R. Almirall and Juan C. Bruna, *A Novel Approach to the Analysis of Gasoline Using Solid Phase Microextraction*, Journal of Forensic Science, Vol.41, No.1, January 1996, pp. 12-22.

K. G. Furton, J. R. Almirall, and Juan C. Bruna, *A Simple, Inexpensive, Rapid, Sensitive, and Solventless Technique for the Analysis of Accelerants in Fire Debris Based on SPME*, Journal of High Resolution Chromatography, Vol.18, No.10 October 1995, pp. 625-629.

George H. Fisher, Diego Torres, Juan Bruna, Stan Cerwinski, Theresa Martin, Camilla Bergljung, Alejandro Grucirro, Shou-Jian Chou, Eugene H. Mann, and Sofia Pappatheodorou. *Presence of D-Aspartate and D-Glutamate in Tumor Proteins*. Cancer Biochemistry and Biophysics, Vol.15, February 1995, pp. 79-82.

Diego Torres, Juan Bruna, Greta Roy, Camilla Bergjung, Theresa Martin, Stan Cerwinski, Shou-Jian Chou, Eugene Man, and George Fisher. 1992. *Racemized Amino Acids In Tumor Proteins*, Proceedings of the Sixth National Conference Undergraduate Research held at the University of Minnesota, Minneapolis

## TRAINING RECEIVED

Seven months of intensive on-the-job training at Southeast Regional Laboratory, including the following: Microscopic analysis of plant material, microcrystalline analysis, screening techniques, separation techniques, Gas Chromatography, Gas Chromatography / Mass Spectrometry, Infrared spectrometry, Nuclear Magnetic Resonance, and Ultraviolet spectroscopy.

Three week Basic Forensic Chemist Training School in Leesburg, Virginia

One week training on detection of trace evidence using a Barringer Ion Scan 350.

Clandestine Laboratory certification at Quantico, Virginia.

One week training on the Bio-Rad GC/IRD

One week training on HP-HPLC

## CURRICULUM VITAE FOR KEVIN C. O'KEEFE

I, Kevin C. O'Keefe, hereby declare and state:

1. I am currently a Special Agent with the Bureau of Alcohol, Tobacco and Firearms, Miami, Florida, and been so employed since March 1990.
2. My duties include the investigation of federal firearms, explosive, arson, and alcohol violations, as well as supporting state and local police agencies in combating violent crime. More specifically, since 1993, I have concentrated on investigations of illegal firearms trafficking, both interstate and international.
3. I am a graduate of the College of William and Mary, and have a Bachelor of Arts Degree in Mathematics and Spanish, as well as extensive course study in Military Science.
4. Prior to my current employment, I was a Military Intelligence Officer in the United States Army for four years. I received formal training in the use and maintenance of various US military weapons; I also received training in the recognition and identification of foreign military weapons.
5. I have received formal training, both basic and advanced, at the Federal Law Enforcement Training Center, Glynco, Georgia, in the identification and safe handling of numerous firearms.
6. I have completed a specific course in the interstate nexus of firearms at ATF Headquarters in Washington, D.C.
7. I have been assigned as an ATF Vault Custodian since 1992 and have examined over 2,000 firearms which were taken into custody for evidentiary purposes.
8. I have assisted the FBI, DEA, INS, US Customs, US Secret Service, and various state and local police departments in determining the origin of firearms and identifying firearms and ammunition, in the normal course of my duties as a special agent.
9. During my tenure as an ATF agent, I have presented firearms safety and identification classes to Miami-area civic organizations and school groups on at least 70 occasions.
10. I have previously testified 24 times as an expert in the origin, identification, and classification of firearms in federal court in both the Southern and Middle Judicial Districts of Florida, the most recent being before the Grand Jury in the US District Courthouse, Miami, Florida, on January 8, 2001.

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Miami Field Division | Miami Field Division<br>FY-01<br>Report 002 |

| TITLE OF INVESTIGATION: |
|---|
| SMITH, Darryl Zanuck |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 764030-00-0018 | 2 |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name) | SUBMITTED BY (Title and Office) | SUBMITTED BY (Date) |
|---|---|---|
| Vincent P. Curry | Special Agent, Miami V (ICDE/HIDTA) Field Office | 02/14/2001 |
| REVIEWED BY (Name) | REVIEWED BY (Title and Office) | REVIEWED BY (Date) |
| Joseph E. Benitez | Group Supervisor, Miami V (ICDE/HIDTA) Field Office | |
| APPROVED BY (Name) | APPROVED BY (Title and Office) | APPROVED BY (Date) |
| Hugo J. Barrera | Division Director, Miami Field Division | |

## DESCRIPTION OF ACTIVITY:

Interstate Nexus Determination

## SYNOPSIS:

On April 15, 2000, based upon information provided by S/A Vince Curry, ATF Miami HIDTA North, S/A O'Keefe determined that the American Eagle ammunition in question was manufactured by the Federal Cartridge Company in Anoka, Minnesota; and it therefore traveled in and affected interstate commerce before its appearance in the State of Florida

## NARRATIVE:

1. On April 13, 2000, S/A Vince Curry, ATF Miami HIDTA North, requested that S/A Kevin O'Keefe, ATF Miami Group IV, examine ammunition pertinent to his investigation and make an interstate nexus determination. S/A Curry described the ammunition as American Eagle by Federal Cartridge Company, Federal .38 Special. He also provided a photo of the headstamp of one round of the ammunition, which bore particular markings.
2. On April 15, 2000, S/A O'Keefe examined the description and photo and determined that this ammunition was manufactured in Anoka, Minnesota, and its presence in the State of Florida caused it to have traveled in or affected interstate commerce.
3. S/A O'Keefe has previously testified as an expert in the identification, origin, manufacture, and effects on interstate and foreign commerce of firearms and ammunition on 21 separate occasions, both in the Middle and Southern Judicial Districts of Florida.

BROWARD COUNTY SHERIFF'S OFFICE
EVIDENCE UNIT
PAGE 7
DATE 05/03/00
TIME 12:08:34

cr-06061-WDF   Document 72   Entered on FLSD Docket 02/... P

| ITEM INFORMATION | | | DESCRIPTION | $ |
|---|---|---|---|---|
| AC# 00011292 | ITEM | 1 | BOX .38 AMMO 44 ROUNDS | |
| SHT | QTY | 1 | | |
| CSE B000413352 | TYPE | MISC | | |

RELEASED BY EVIDENCE TECH : Frederic Geiss, CIV 6890 EU

- RECEIPT -

*SIGNATURE*  VINCENT CURRY
ATF//HIDTA NORTH

*ID PROVIDED*  Formal ID Card          ATF AGENT V. CURRY SA3682

**PROPERTY RECEIPT**

Post Office Box 9507
Fort Lauderdale, Florida 33310

- [ ] ABANDONED
- [x] EVIDENCE
- [ ] SAFEKEEPING
- [ ] FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BC0004 -13352  ATF 99-005134 | 04/24/00 1035 | ATF | Felon in poss |

NCIC/FCIC Agency: 
Agency Case #:

| Suspect: | Address: | Race/Sex DOB |
|---|---|---|
| Darryl Zanuck Smith | | B/m 8/20/59 |

Suspect: Address: Race/Sex DOB

Found By: Address: Race/Sex DOB

5/2/00 1515 hrs
Owner/Claimant: Per Bruce Link Race/Sex DOB
Same as Suspect  Clmt is Agent Curry ATF

Victim's name (if applicable): State of FL    Address:    Telephone #

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 01 | 1 | One (1) box of american eagle ammunition containing 44 Rounds of .38 special cal |

I hereby acknowledge the above list represents all the property taken from my possession:

RECEIVED BY: Steven J. Yunker 9562
Bruce /ATF
/9559

I hereby acknowledge the above list represents all property impounded by me:
CCN: 99-005134  Dist: ATF  Div: HIDTA North
(Impounding Officer's) Signature:
Printed Name: Vincent P. Curry

| REASON | DATE | TIME |
|---|---|---|
| Processing | 4-24-00 | 1040 |
| Processing | 4/25/00 | 1530 |
| EV. | 5/1/00 | 1525 |

Court Case #:

CURRENCY: Verified By/CCN:
Signature:

**EVIDENCE CONFISCATION**    ACE# 011292

BSO RP#54 (Revised 12/97) NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.

## CURRICULUM VITAE

Richard D. Laite

### Occupation:

Latent Fingerprint Specialist - Drug Enforcement Administration

### Business Address:

Southeast Laboratory
5205 North West 84th Avenue
Miami, Florida 33166

### Training and Education:

Technical Training:
1969 - Fingerprint Identification -Federal Bureau of
Investigation, Identification Division
Washington, D. C.

1978 - F. B. I. Advanced Latent Fingerprint School
Broward Community College
Ft. Lauderdale, Florida

1992 - F. B. I. Administrative Advanced Latent Fingerprint
School
F. B. I. National Academy
Quantico, Virginia

Formal Education:
Bachelor of Science in Criminal Justice
Biscayne College
Miami, Florida

Master of Science in Public Management
St. Thomas University
Miami, Florida

### Certification:

Certified Latent Print Examiner, Latent Certification Board of the International
Association for Identification

Richard D. Laite, page 2

## Work Experience:

1969 - 1971   Fingerprint Clerk
Federal Bureau of Investigation,
Identification Division
Washington, D. C.

1971 - 1978   Fingerprint Technician
Metro-Dade Police Department
Miami, Florida

1978 - 1992   Latent Print Examiner
Fingerprint Identification Section
Metro-Dade Police Department
Miami, Florida

1992 - 1995   Day Shift Supervisor
Fingerprint Identification Section
Metro-Dade Police Department
Miami, Florida

1995 - 1997   Superintendent of Fingerprint Identification
Fingerprint Identification Section
Metro-Dade Police Department
Miami, Florida

1998-         Fingerprint Specialist
Present       Drug Enforcement Administration
Southeast Laboratory
Miami, Florida