UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| DARRYL SMITH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## GOVERNMENT'S SUPPLEMENTAL DISCOVERY RESPONSE

The United States hereby files this supplemental response to the Standing Discovery Response issued in this case. Attached to this response please find: a curriculum vitae for Gary Alexander; a summary of expected testimony for Gary Alexander; a curriculum vitae for Kris Hunt. Please be advised that Kris Hunt will testify as an expert in the field of marijuana trafficking. Hunt will testify that amounts seized in this investigation were consistent with distribution rather than personal use. He will also testify that items taken from locations associated with the defendant such as a scale, cling wrap, a knife, plastic bags, etc. are consistent with trafficking in marijuana.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court # A500033
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL. 33394
Telephone: (954) 356-7255
Fax: (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2 day of March, 2001 to: Joseph Gibson, 19 W. Flagler St., Ste 720, Miami, FL 33130.

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

# Gary L. Alexander

## Department of Justice
## Drug Enforcement Administration
## Southeast Laboratory
## Miami, Florida

**Work Experience:**

| | |
|---|---|
| November 1979 – Present | Forensic Chemist, Department of Justice Drug Enforcement Administration, Southeast Laboratory, Miami Florida. |
| **Duties:** | Analysis of drugs, court testimony as an expert witness, training of chemist and other law enforcement personnel in a wide range of subjects related to drug enforcement, assists agents with clandestine laboratory seizures. |// 
| **Education:** | |
| June 1978 | Bachelor of Science Degree (Biology & Biochemistry) Mercer University in Atlanta Atlanta Georgia |
| | Have completed numerous courses in organic and analytical chemistry at Mercer University in Atlanta. Received 9 ½ months of training in the analysis of drugs at the DEA Southeast Laboratory in Miami, Florida. Have taken numerous in-service training courses dealing with the data interpretation, operation and maintenance of the scientific equipment used. |
| **Teaching Experience:** | Taught several Clandestine Laboratory Safety courses to chemist and agents. Lectured at several seminars for chemist and agents. |
| **Court:** | Testified as an expert witnesses in the identification of drugs approximately 250 times in federal, state and foreign country courts. |

| | |
|---|---|
| To: | Ed Ryan |
| | Assistant U.S. Attorney |
| From: | *[signature]* Gary L. Alexander |
| | DEA Forensic Chemist |
| Approved: | *[signature]* William D. Beazley 2/26/2001 |
| | Laboratory Director |
| Subject: | Rule 16(a)(1)(E) SUMMARY OF TESTIMONY IN UNITED STATES v. Darryl Smith |
| | USDC Case No. 006061CRFeruson |
| | US Customs Case No. FL13MM99FL0046 |
| Date: | 2/26/2001 |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(E):

1. My name is: Gary L. Alexander.

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of Forensic Chemist, and was so employed when I conducted the examinations and analyses described below. My qualifications to interpret the results described below, and to express an opinion as to the identity of the exhibit(s) described below, are based on my knowledge, skill, experience, training and education. My experience, education and training are described in detail in Attachment A.

3. The opinions described below are based on the following chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results.

Rule 16(a)(1)(E) SUMMARY OF TESTIMONY IN
UNITED STATES v. __Darryl Smith__
USDC Case No. __006061CRFeruson__
US Customs Case No. __FL13MM99FL0046__

    4. I examined and analyzed the substance(s) contained in the exhibit(s) which were submitted for analysis in the above referenced case.

    5. In my opinion, the substance referred to herein as US-Customs Exhibit # __1A-1K__ (DEA Lab No.__105505__) has been identified as follows:

    a. Active drug ingredient: __Marijuana__ .
       (Established or common name)
    b. Net weight: __11.48 Kilograms__ .

The above opinion is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Exam.
    ii. Modified Duquenois Levine.
    iii. Gas Chromatograph/Mass Spectrometer (GC/MS).

Attachment:

                                S/A Kris J Hunt
EDUCATION:
    I have a Bachelor of Science degree in Public Administration
with a Criminal Justice concentration from Indiana University.

EMPLOYMENT:
    I have been employed by the Drug Enforcement Administration
as a Criminal Investigator since May of 1988.

TRAINING RECEIVED:
    I attended Basic Agent Training school at the FBI academy in
Quantico, VA. during the summer of 1988, where I was taught among
other things: narcotics identification and investigative
techniques.
    I have attended several Cannabis investigation schools
including the following:
    May 1991 Indoor Cannabis Investigators School.
    August 1991 Marijuana Eradication School.
    September 1991 FDLE/DEA Indoor Cannabis School.
    May 1992 Thermal Imaging School.
    May 1994 Outdoor/Indoor cannabis investigation school.
    October 1996 Advanced Thermographer School.
EXPERIENCE:
    I have been involved in over 200 narcotics investigations
and the case agent in excess of 40 cannabis investigations.

PREVIOUS EXPERT TESTIMONY:
    I have testified as an expert witness in Federal Court on
four previous occasions, three times an expert on illicit
cannabis cultivation techniques and once as an expert on cannabis
prices.
    I have given Expert testimony in State court as to illicit
cannabis cultivation.