**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.                                               CASE NO. 00-6061-CR-WDF

DARRYL SMITH,
a/k/a "D"

     Defendant
_____/

### MOTION FOR MODIFICATION OF PRE-TRIAL

Defendant, Darryl Smith, by his attorneys, Joseph W. Gibson, P.A. hereby moves the Court for Modification of Pre-Trial Release, and states as follows:

1. Defendant is a longshoreman.

2. Defendant is preoccupied with the instant cause and is under a lot of stress.

3. Approximately three months ago, Defendant's wife who was five months pregnant with twins suffered a miscarriage.

4. Because of the foregoing Defendant is not presently able to devote his full attention to his job and it would be best if Defendant did not return to work until the instant cause has been litigated.

5.  Defendant, Darryl Smith, respectfully requests this Honorable Court for Modification of Pre-Trial Release.

WHEREFORE, Defendant respectfully requests that this Court grant this motion and permit Defendant to remain on leave from his job until after the instant cause has been litigated.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this ___ day of March, 2001, to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394; Jose Blanco, Pre-trial Service Officer, U.S. Pre-trial Service, 330 Biscayne Boulevard, Miami, FL.

JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:    (305) 377-2528