UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA, )
)
vs. )
)
DARRYL SMITH, )
)
Defendant. )
_____)

## GOVERNMENT'S SUBMISSION OF DRAFT EXHIBIT LIST

The United States of America, by and through the undersigned Assistant United States Attorney hereby submits the attached draft Exhibit List to be used in the trial of the above captioned case. Such List contains the number, description and introducing witness for the exhibits that the government intends to introduce at trial.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court# A500033
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL. 33394
Telephone (954) 356-7255
Fax (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20 day of March, 2001 to: Joseph Gibson, 19 W. Flagler St., Ste. 720, Miami, FL. 33130.

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES v. DARRYL SMITH**
**CASE NO. 00-6061-CR-FERGUSON**
**EXHIBIT LIST**
**PHYSICAL EVIDENCE AND PHOTOGRAPHS**

| EXHIBIT NUMBER | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1 | Blow-up photo of Luhrs boat | | Agent DeAngelus | | |
| 2 | Blow-up photo of Luhrs boat | | Agent DeAngelus | | |
| 3 | Blow-up photo of interior | | Agent DeAngelus | | |
| 4 | Blow-up photo of interior | | Agent DeAngelus | | |
| 5 | Blow-up photo of bales | | Agent DeAngelus | | |
| 6 | Blow-up photo of bales | | Agent DeAngelus | | |
| 7 | Vessel registration | | Agent DeAngelus | | |
| 8 | Cruising Permit | | Agent DeAngelus | | |
| 9 | Paper scrap with telephone numbers | | Agent DeAngelus | | |

1

**UNITED STATES v. DARRYL SMITH**
**CASE NO. 00-6061-CR-FERGUSON**
**EXHIBIT LIST**
**PHYSICAL EVIDENCE AND PHOTOGRAPHS**

| EXHIBIT NUMBER | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 10 | Business card - Island Air | | Agent DeAngelus | | |
| 11 | Auto tag receipt | | Agent DeAngelus | | |
| 12 | Bahamian Immigration Card | | Agent DeAngelus | | |
| 13 | Bahamian Immigration Card | | Agent DeAngelus | | |
| 14 | Fishing Permit | | Agent DeAngelus | | |
| 15 | Receipt | | Agent DeAngelus | | |
| 16 | Bahamian Immigration Card | | Agent DeAngelus | | |
| 17 | Marijuana threshhold | | Agent DeAngelus | | |
| 18 | Consensual recording | | Agent DeAngelus | | |
| 18-T | Transcript | | Agent DeAngelus | | |
| 19 | Airline ticket stub | | Agent DeAngelus | | |
| 20 | Airline ticket | | Agent DeAngelus | | |
| 21 | Bahamian Immigration Card | | Agent DeAngelus | | |
| 22 A-U | PrimeCo records (Smith) | | Custodian | | |

2

UNITED STATES v. DARRYL SMITH
CASE NO. 00-6061-CR-FERGUSON
EXHIBIT LIST
PHYSICAL EVIDENCE AND PHOTOGRAPHS

| EXHIBIT NUMBER | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 23 A-O | PrimeCo Records (Harris) | | Custodian | | |
| 24 A-K | Sprint Records (Ellis) | | Custodian | | |
| 25 | Blow-up photo of Scarab boat | | Custodian | | |
| 26 | Blow-up of Scarab boat | | Custodian | | |
| 27 | Blow-up of Scarab boat | | Custodian | | |
| 28 | Blow-up of Scarab boat | | Custodian | | |
| 29 | North Beach Marina records (Scarab) | | Custodian | | |
| 30 | North Beach Marina records (Luhrs) | | Custodian | | |
| 31 | Recording of pager message | | Agent DeAngelus | | |
| 32 | Ryder Rental Agreement | | Custodian | | |
| 33 | Ryder Rental Agreement | | Custodian | | |
| 34 | Ryder Rental Agreement | | Custodian | | |

3

**UNITED STATES v. DARRYL SMITH**
**CASE NO. 00-6061-CR-FERGUSON**
**EXHIBIT LIST**
**PHYSICAL EVIDENCE AND PHOTOGRAPHS**

| EXHIBIT NUMBER | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 35 | Blow-up photo of Ryder truck | | Custodian | | |
| 36 A-W | Bassett Boat Records | | Custodian | | |
| 37 A-J | Warehouse lease | | Custodian | | |
| 38 | Business card ("Tree") | | Agent DeAngelus | | |
| 39 | Paper (Tommy & Val) | | Agent DeAngelus | | |
| 40 | Monthly Minder (1993) | | Agent DeAngelus | | |
| 41 | Paper (Buzzard numbers) | | Agent DeAngelus | | |
| 42 | Western Union Receipt | | Agent DeAngelus | | |
| 43 | Paper (Russel) | | Agent DeAngelus | | |
| 44 | Notebook (Russel numbers) | | Agent DeAngelus | | |
| 45 | Paper (Lengai) | | Agent DeAngelus | | |
| 46 | Airline receipt (4/98) | | AgentDeAngelus | | |
| 47 | Boarding pass (4/98) | | Agent DeAngelus | | |
| 48 | Western Union Receipt | | Agent DeAngelus | | |

**UNITED STATES v. DARRYL SMITH**
**CASE NO. 00-6061-CR-FERGUSON**
**EXHIBIT LIST**
**PHYSICAL EVIDENCE AND PHOTOGRAPHS**

| EXHIBIT NUMBER | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 49 | Pipe and residue (bedroom) | | Agent DeAngelus | | |
| 50 | Bale of marijuana | | Agent DeAngelus | | |
| 51 | Scale | | Agent DeAngelus | | |
| 52 | Residue | | Agent DeAngelus | | |
| 53 | Vehicle registration (Nissan) | | Agent DeAngelus | | |
| 54 | Assorted bags and baggies (Nissan trunk) | | Agent DeAngelus | | |
| 55 | Assorted bags and wraps (warehouse filing cabinets) | | Agent DeAngelus | | |
| 56 | Knife & residue (warehouse) | | Agent DeAngelus | | |
| 57 | Ammunition | | Agent DeAngelus | | |
| 58 | Blow-up photo (house) | | Agent DeAngelus | | |
| 59 | Blow-up photo (bale) | | Agent DeAngelus | | |
| 60 | Blow-up photo (warehouse) | | Agent DeAngelus | | |
| 61 | Blow-up photo (warehouse) | | Agent DeAngelus | | |

**UNITED STATES v. DARRYL SMITH**
**CASE NO. 00-6061-CR-FERGUSON**
**EXHIBIT LIST**
**PHYSICAL EVIDENCE AND PHOTOGRAPHS**

| EXHIBIT NUMBER | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 62 | Blow-up photo (warehouse) | | Agent DeAngelus | | |
| 63 | Blow-up photo (warehouse) | | Agent DeAngelus | | |
| 64 | Blow-up photo (warehouse) | | Agent DeAngelus | | |
| 65 | Blow-up photo (warehouse) | | Agent DeAngelus | | |
| 66 | Blow-up photo (warehouse) | | Agent DeAngelus | | |
| 67 | Blow-up photo (warehouse) | | Agent DeAngelus | | |
| 68 | Blow-up photo (warehouse) | | Agent DeAgnelus | | |
| 69 | Blow-up photo (warehouse) | | Agent DeAngelus | | |
| 70 | Blow-up photo (cargo container) | | Agent DeAngelus | | |
| 71 | Blow-up photo (cargo container) | | Agent DeAngelus | | |
| 72 | Blow-up photo (boat) | | Agent DeAngelus | | |
| 73 | Blow-up photo (boat) | | Agent DeAngelus | | |

**UNITED STATES v. DARRYL SMITH**
**CASE NO. 00-6061-CR-FERGUSON**
**EXHIBIT LIST**
**PHYSICAL EVIDENCE AND PHOTOGRAPHS**

| EXHIBIT NUMBER | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 74 | Blow-up photo (Darryl with boat) | | Agent DeAngelus | | |
| 75 | Blow-up photo (Darryl with boat) | | Agent DeAngelus | | |