U.S. Department of Justice
*United States Attorneys*



MAR 26 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

# United States District Court
# for the Southern District of Florida

NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA

v.

DARRYL SMITH

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shoes to the Court:

1. The above entitled case is set for __trial__ on __April 9, 2001__ at __Ft. Lauderdale, U.S. District Courthouse__

2. __WILTON ELLIS__, a material witness for the United States in said case, is now confined in __Krome Detention Center__ at __Miami-Dade County, Miami, FL.__

3. It is necessary to have said witness before this Court for the purpose of testifying on behalf of the United States at said __trial__.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said __WILTON ELLIS__ and have subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of testimony to return the said witness to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said __WILTON ELLIS__ into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

By: __EDWARD R. RYAN__
Assistant United States Attorney

cc: U.S. Attorney