FILED by _____ D.C.
INTAKE
MAR 26 2001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT |
| | | SOUTHERN DISTRICT OF FLORIDA |
| v. | : | |
| | | NO. 00-6061-CR-FERGUSON |
| DARRYL SMITH | : | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: ANY UNITED STATES MARSHAL, and

WARDEN, Krome Detention Center, Miami-Dade County, Miami, FL.

It appearing from the petition of the United States of America that WILTON ELLIS # 54832-004, a material witness for the United States in the above entitled case, is confined in the Krome Detention Center at Miami, FL, and that said case is set for testimony at Ft. Lauderdale, FL. on April 9, 2001, and that it is necessary for the said witness to be before this Court for the purpose of giving testimony is said trial;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said WILTON ELLIS now in custody as aforesaid, under safe and secure conduct, before this Court at U.S. District Courthouse by or before 9:00, A.M., on April 9, 2001 for the purpose of testifying in the above case, and upon completion of testimony that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Krome Detention Center at Miami, FL to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said WILTON ELLIS for safe and secure conduct to this district for the purpose aforesaid.

DONE and ORDERED at Ft. Lauderdale, FL, this 26th day of March, 2001.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney Ryan
U.S. Marshal (4 certified copies)
Chief Probation Officer