UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>DARRYL SMITH, )<br>)<br>            Defendant. )<br>_____) | **NIGHT BOX<br>FILED**<br>APR - 5 2001<br>CLARENCE MADDOX<br>CLERK, USDC / SDFL / FTL |

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this supplemental response to the Standing Discovery Order.

Attached to this response is a copy of an Order signed by United States District Judge Hurley granting the government's motion to reduce the sentence of Wilton Ellis for his cooperation in the above-captioned case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court # A500033
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL. 33394
Telephone (954) 356-7255
Fax (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6 day of April, 2001 to: Joseph Gibson, 19 W. Flagler St., Ste. 720, Miami, FL. 33130

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 99-6039-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,
v.
WILTON ELLIS,
(#54832-004)
    Defendant.
_____/



## ORDER GRANTING MOTION FOR A REDUCTION OF
## SENTENCE AND AMENDING JUDGMENT IN A CRIMINAL CASE

THIS MATTER came before the court upon motion by the Plaintiff, United States of America, for a reduction of sentence in the above captioned case based on substantial assistance pursuant to Rule 35(b), Federal Rules of Criminal Procedures. The court reviewed the record and on March 15, 2001, held a hearing in open court and being otherwise advised in the premises, it is

**ORDERED** and **ADJUDGED**:

1. The motion for a reduction of sentence is **granted**.

2. The sentence imposed on July 25, 2000, committing the defendant to the custody of the United States Bureau of Prisons for a term of **Thirty-Seven (37) months**, is amended by reducing the term of imprisonment to **time Served**.

3. All other remaining conditions promulgated in the Judgment in a Criminal Case, authenticated on July 25, 2000, shall remain in effect.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this _15th_ day of March, 2001.

**copy furnished:**
AUSA Edward R. Ryan
AFPD Leon D. Watts
United States Probation Office (WPB)
United States Marshal Service

Daniel T. K. Hurley
United States District Judge