UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| DARRYL SMITH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court authorize the undersigned Assistant United States Attorney to bring electronic equipment into the courtroom, to wit, tape recorders, video cassette recorders (VCRs), television monitions, etc. for use in court proceedings.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court #A500053
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL. 33394
Telephone (954) 356-7255
Fax (954) 356-7336

