**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. __00-6061-CR-WDF__    Date: __April 23, 2001__

Clerk: __Troy Walker__    Reporter: __Brynn DockStader__

USPO: _____    Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __Daryl Smith, (B)__

AUSA: __Edward Ryan__

Defendant(s) Counsel: __Joe Gibson, Esq__

Defendant(s)  Present __X__  Not Present_____  In Custody __X__

Reason for hearing: __Jury Selection and Jury Trial__

Result of hearing: __Jury selected and trial began.__

Case Continued to: __4/24/01__  Time: __10:00__ A.M.