**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 26

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6061-CR-WDF__  Date: __April 24, 2001__
Clerk: __Troy Walker__  Reporter: __Brynn DockStader__
USPO: _____  Interpreter: __None__
**UNITED STATES OF AMERICA vs.** __Daryl Smith, (B)__

AUSA: __Edward Ryan__
Defendant(s) Counsel: __Joe Gibson, Esq__

Defendant(s) Present __X__ Not Present _____ In Custody __X__
Reason for hearing: __Trial__

Result of hearing: __Government continues to present its case.__

Case Continued to: __4/25/01__ Time: __10:00__ A.M.

