**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6061-CR-WDF__          Date: __April 26, 2001__

Clerk: __Troy Walker__          Reporter: __Brynn DockStader__

USPO: _____          Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __Daryl Smith, (B)__

AUSA: __Edward Ryan__

Defendant(s) Counsel: __Joe Gibson, Esq__

Defendant(s) Present __X__ Not Present_____ In Custody __X__

Reason for hearing: _____ __Trial__

Result of hearing: ____ __Government continues to present its case.__

Case Continued to: __4/30/01__ Time: __10:00__ A.M.

