```
 1                    UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
 3                      FORT LAUDERDALE DIVISION
 4
 5    UNITED STATES OF AMERICA,    .  CASE 00-6061-CR-WDF
                                   .
 6             PLAINTIFF,           .  FT. LAUDERDALE, FLORIDA
                                   .  APRIL 24, 2001
 7             V.                  .
                                   .
 8    DARRYL SMITH,                .
                                   .
 9             DEFENDANT.          .
                                   .
10    . . . . . . . . . . . . . . .
11
12
13
14                  TRANSCRIPT OF THE TESTIMONY
15                  OF SEAN HARRIS HAD BEFORE
16            THE HONORABLE WILKIE D. FERGUSON, JR.,
17                  UNITED STATES DISTRICT JUDGE.
18
19
20
21                        - - - - -
22                    PAGES 1 THROUGH 68
23                        - - - - -
24               Original
25
                    BRYNN DOCKSTADER, RMR
                        (305) 523-5635
```

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:   EDWARD RYAN, ESQUIRE
                           U.S. ATTORNEY'S OFFICE
 3                         500 East Broward, Seventh Floor
                           Ft. Lauderdale, Florida  33301
 4                         (954) 356-7255

 5
     FOR THE DEFENDANT:    JOE GIBSON, ESQUIRE
 6                         (305) 377-2525

 7

 8
     COURT REPORTER:       BRYNN DOCKSTADER, RMR
 9                         CONTRACT COURT REPORTER
                           UNITED STATES DISTRICT COURT
10                         301 N. MIAMI AVE., ROOM 396
                           MIAMI, FLORIDA  33128
11                         (305) 523-5632

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                         BRYNN DOCKSTADER, RMR
                            (305) 523-5635
```

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE