**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by /s/ AH D.C.
APR 3 0 2~

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6061-CR-WDF__         Date: __April 30, 2001__

Clerk: __Troy Walker__         Reporter: __Brynn DockStader__

USPO: _____         Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __Daryl Smith, (B)__

AUSA: __Edward Ryan__

Defendant(s) Counsel: __Joe Gibson, Esq__

Defendant(s) Present __X__ Not Present ____ In Custody __X__

Reason for hearing: _____ __Trial__ _____

Result of hearing: __Government continues to present its case.__

Case Continued to: __5/1/01__ Time: __10:00 A.M.__