**CRIMINAL MINUTES**

MAY 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6061-CR-WDF__       Date: __May 1, 2001__
Clerk: __Troy Walker__      Reporter: __Brynn DockStader__
USPO: _____ Interpreter: __None__
**UNITED STATES OF AMERICA vs.** __Daryl Smith, (B)__

AUSA: __Edward Ryan__
Defendant(s) Counsel: __Joe Gibson, Esq__

Defendant(s) Present __X__ Not Present_____ In Custody __X__
Reason for hearing: _____ Trial _____

Result of hearing: __Government rests its case and the defendant presents his case.__

Case Continued to: __5/2/01__ Time: __9:30__ A.M.

