```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                  FORT LAUDERDALE DIVISION

 4

 5   UNITED STATES OF AMERICA,   .  CASE 00-6061-CR-WDF
                                 .
 6         PLAINTIFF,             .  FT. LAUDERDALE, FLORIDA
                                 .  APRIL 25, 2001
 7         V.                    .
                                 .
 8   DARRYL SMITH,               .
                                 .
 9         DEFENDANT.            .
                                 .
10   . . . . . . . . . . . . . .

11

12

13

14               TRANSCRIPT OF THE TESTIMONY

15               OF SEAN HARRIS HAD BEFORE

16          THE HONORABLE WILKIE D. FERGUSON, JR.,

17               UNITED STATES DISTRICT JUDGE.

18

19

20

21                    - - - - -

22                 PAGES 1 THROUGH 92

23                    - - - - -

24        **Original**

25

                 BRYNN DOCKSTADER, RMR
                    (305) 523-5635
```



```
 1  APPEARANCES:

 2  FOR THE GOVERNMENT:   EDWARD RYAN, ESQUIRE
                          U.S. ATTORNEY'S OFFICE
 3                        500 East Broward, Seventh Floor
                          Ft. Lauderdale, Florida  33301
 4                        (954) 356-7255

 5
     FOR THE DEFENDANT:   JOE GIBSON, ESQUIRE
 6                        (305) 377-2525

 7

 8
     COURT REPORTER:      BRYNN DOCKSTADER, RMR
 9                        CONTRACT COURT REPORTER
                          UNITED STATES DISTRICT COURT
10                        301 N. MIAMI AVE., ROOM 396
                          MIAMI, FLORIDA  33128
11                        (305) 523-5632

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                          BRYNN DOCKSTADER, RMR
                              (305) 523-5635
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE