```
 1                    UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF FLORIDA

 3                       FORT LAUDERDALE DIVISION

 4

 5    UNITED STATES OF AMERICA,   .  CASE 00-6061-CR-WDF
                                  .
 6             PLAINTIFF,         .  FT. LAUDERDALE, FLORIDA
                                  .  APRIL 25, 2001
 7         V.                     .
                                  .
 8    DARRYL SMITH,               .
                                  .
 9             DEFENDANT.         .
                                  .
10    . . . . . . . . . . . . . .

11

12

13

14                  TRANSCRIPT OF THE TESTIMONY

15                  OF SEAN HARRIS HAD BEFORE

16            THE HONORABLE WILKIE D. FERGUSON, JR.,

17                  UNITED STATES DISTRICT JUDGE.

18

19

20

21                          - - - - -

22                   PAGES 93 THROUGH 177

23                          - - - - -

24

25
                        BRYNN DOCKSTADER, RMR
                          (305) 523-5635
```



Original

```
 1  APPEARANCES:

 2  FOR THE GOVERNMENT:  EDWARD RYAN, ESQUIRE
                         U.S. ATTORNEY'S OFFICE
 3                       500 East Broward, Seventh Floor
                         Ft. Lauderdale, Florida  33301
 4                       (954) 356-7255

 5
     FOR THE DEFENDANT:  JOE GIBSON, ESQUIRE
 6                       (305) 377-2525

 7

 8
     COURT REPORTER:     BRYNN DOCKSTADER, RMR
 9                       CONTRACT COURT REPORTER
                         UNITED STATES DISTRICT COURT
10                       301 N. MIAMI AVE., ROOM 396
                         MIAMI, FLORIDA  33128
11                       (305) 523-5632

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                         BRYNN DOCKSTADER, RMR
                            (305) 523-5635
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**