**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Filed by _____ D.C.

MAY 3 2001

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6061-CR-WDF__    Date: _May 2, 2001_

Clerk: __Troy Walker__    Reporter: _Brynn DockStader_

USPO: _____    Interpreter: _None_

**UNITED STATES OF AMERICA vs.** __Daryl Smith, (B)__

AUSA: __Edward Ryan__

Defendant(s) Counsel: _Joe Gibson, Esq_

Defendant(s) Present __X__ Not Present _____ In Custody _X_

Reason for hearing: _____ Trial _____

Result of hearing: __The defendant rests his case - closing argument by both parties - jury deliberations begins.__

Case Continued to: _5/3/01_ Time: _9:30_ A.M.

91