# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
MAY 3 2001

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6061-CR-WDF__    Date: __May 3, 2001__
Clerk: __Troy Walker__    Reporter: __Brynn DockStader__
USPO: _____    Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __Daryl Smith, (B)__

AUSA: __Edward Ryan__
Defendant(s) Counsel: __Joe Gibson, Esq__

Defendant(s) Present __X__ Not Present ____ In Custody __X__
Reason for hearing: __Trial__

Result of hearing: __Jury returns its verdict__
__See verdict__

Case Continued to: _____ Time: ____ A.M. _____

