**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO: 00-6061-CR-FERGUSON

v.

DARRYL SMITH,
a/k/a "D"

Defendant
_____/

FILED by _____ D.C.

MAY 3 2001

ORDER

AND NOW, to wit this __2nd__ day of __May__, 2001 upon

consideration of Defendant's Motion Of Pre-Trial Release, the Court finds that

Defendant's reasons to remain on leave until after the instant cause is litigated, is

hereby;

ORDERED AND DECREED that said Motion be and Defendant is permitted to

remain on leave from his job until after the instant cause has been litigated.

(NOW FOR 3/12/01)

_____
WILKIE D. FERGUSON
U.S. DISTRICT JUDGE

cc: Joseph W. Gibson, Esq.
    Edward Ryan, AUSA
    Jose Blanco, U.S. Pre-trial Officer

