UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.        CASE NO: 00-6061-CR-FERGUSON(s)(s)(s)

DARYL SMITH,

    Defendant.
_____/

FILED by _____ D.C.

MAY 3 2001

## VERDICT

WE, THE JURY, FIND the defendant,

### CONSPIRACY

As to Count 1 of the Third Superseding Indictment.

_____ Not Guilty      _GUILTY_ Guilty

    (A) Marijuana [✓]

    (B) Cocaine  [✓]

As to Count 2 of the Third Superseding Indictment.

_____ Not Guilty      _GUILTY_ Guilty

    (A) Marijuana [✓]

    (B) Cocaine  [✓]

### IMPORTATION OF CONTROLLED SUBSTANCE

As to Count 3 of the Third Superseding Indictment.

_____ Not Guilty      _GUILTY_ Guilty

96

### POSSESSION OF CONTROLLED SUBSTANCE

As to Count 4 of the Third Superseding Indictment.

_____ Not Guilty            GUILTY Guilty

As to Count 5 of the Third Superseding Indictment.

_____ Not Guilty            GUILTY Guilty


### BRINGING ALIENS INTO THE UNITED STATES

As to Count 6 of the Third Superseding Indictment.

_____ Not Guilty            GUILTY Guilty

As to Count 7 of the Third Superseding Indictment.

NOT GUILTY Not Guilty            _____ Guilty

As to Count 8 Of the Third Superseding Indictment.

_____ Not Guilty            GUILTY Guilty


SO SAY WE ALL.

_[signature]_            5/3/2001
FOREPERSON'S SIGNATURE            DATE