UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA, PLAINTIFF, V. DARRYL SMITH, DEFENDANT.

CASE 00-6061-CR-WDF

FT. LAUDERDALE, FLORIDA
APRIL 26, 2001

FILED by ______ D.C.
MAY 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TRANSCRIPT OF THE TESTIMONY
OF SHELLY REITER HAD BEFORE
THE HONORABLE WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE.

- - - - -

PAGES 1 THROUGH 28

- - - - -

Original

BRYNN DOCKSTADER, RMR
(305) 523-5635

97

APPEARANCES:

FOR THE GOVERNMENT: EDWARD RYAN, ESQUIRE
U.S. ATTORNEY'S OFFICE
500 East Broward, Seventh Floor
Ft. Lauderdale, Florida 33301
(954) 356-7255

FOR THE DEFENDANT: JOE GIBSON, ESQUIRE
(305) 377-2525

COURT REPORTER: BRYNN DOCKSTADER, RMR
CONTRACT COURT REPORTER
UNITED STATES DISTRICT COURT
301 N. MIAMI AVE., ROOM 396
MIAMI, FLORIDA 33128
(305) 523-5632

# TRANSCRIPT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**