**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.                                                    CASE NO. 00-6061 (WDF)

DARRYL SMITH,
a/k/a "D"

Defendant
_____/

## MOTION FOR EXTENSION OF TIME

Defendant, Darryl Smith, by his attorneys, Joseph W. Gibson, P.A.
hereby moves the Court for an Extension of ten (10) days to File Motion for
New Trial and to Preserve Rule 29 – Judgment of Acquittal.

1. Defendant, Darryl Smith, respectfully requests this Honorable
   Court for a continuance of ten (10) days.

2. Undersigned counsel's office endeavored to contact Ed Ryan,
   AUSA, by telephone pertaining to the aforementioned, and left
   a message on his voice mail.

WHEREFORE, Defendant respectfully requests that this Court grant
this motion for an extension of time for ten (10) days up to and including
May 20, 2001.



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this /0 day of April, 2001, to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:   (305) 377-2528