**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.                                              CASE NO. 00-6061

DARRYL SMITH,
a/k/a "D"

    Defendant

_____/

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME

Defendant, Darryl Smith, by his attorneys, Joseph W. Gibson, P.A.

hereby moves the Court for an additional Extension of Time of  seven (7)

days to File Motion for New Trial and to Preserve Rule 29 – Judgment of

Acquittal.

1.    Defendant, Darryl Smith, respectfully requests this Honorable

        Court for an additional extension of seven (7) days.

2.    Undersigned counsel has conferred with AUSA Ed Ryan, who

        has no objection to an additional extension of seven (7) days in

        which to file the above-referenced matters.

3.    WHEREFORE, Defendant respectfully requests that this Court

        grant this motion for an extension of time for seven (7) days up

        to  and including May 27, 2001.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this __19__ day of May, 2001, to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:    (305) 377-2528