UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                              CASE NO. 00-6061 -CR-FERGUSON

DARRYL SMITH,
a/k/a "D"

Defendant
_____/

## UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME

Defendant, Darryl Smith, by his attorneys, Joseph W. Gibson, P.A. hereby moves the Court for an additional Extension of Time of ten (10) days to File Motion for New Trial and to Preserve Rule 29 – Judgment of Acquittal.

1. Defendant, Darryl Smith, respectfully requests this Honorable Court for an additional extension of ten (10) days.

2. Undersigned counsel has conferred with AUSA Ed Ryan, who has no objection to an additional extension of ten (10) days in which to file the above-referenced matters.

3. WHEREFORE, Defendant respectfully requests that this Court grant this motion for an extension of time for ten (10) days up to and including June 4, 2001.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a correct copy of the foregoing was furnished this 25th day of May 2001, via fax (954) 356-7884 to The Honorable Wilkie Ferguson, U.S. Federal Judge, and via U.S. Mail to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax: (305) 377-2528