UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                  Case No. 00-6061-CR-FERGUSON

DARRYL SMITH,
    Defendant.
_____/

JUN 19 2001

## ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL

The defendant's motion is without merit. Particularly, what the defendant describes as an "outburst" by the judge was a stern admonishment, after prior warnings, against physical and verbal courtroom antics which had become a sideshow.

Defense counsel's allegation in paragraph nine (9) of the motion for new trial makes a serious misrepresentation, i.e., that "the court allowed the government to exclude all African-American jurors" by use of the peremptory challenge. At least two (2) African-Americans remained on the panel after two were challenged for legitimate non-discriminatory reasons.

In striving to ensure that the defendant receive a fair trial it was the court's suggestion to defense counsel that he move to sever the felon-in-possession of-a-firearm count from the drug and alien trafficking counts in the indictment. The



severance was granted.

Finally, in light of the overwhelming evidence against the defendant, direct and circumstantial, any of the alleged errors would be harmless if not cured by specific instructions, on of which was agreed to by the defendant. Accordingly, the Defendant's Motion for New Trial is ***DENIED***.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _19th_ day of June 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies: Ed Ryan, AUSA and Joe Gibson, Esq