Err.hkp

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6061-CR-FERGUSON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DARRYL SMITH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to continue the sentencing in the above-captioned case, currently scheduled for July 6, 2001. In support, the undersigned states that the undersigned was recently directed by United States District Judge K. Michael Moore to meet with the United States Attorney and the Warden of the Federal Detention Center regarding issues surrounding the solitary confinement of certain prisoners at F.D.C. Judge Moore directed the undersigned to give this matter immediate attention. Due to scheduling conflicts, the only time that all of the necessary parties could meet is at 9:30 on July 6, 2001. The undersigned must therefore request a continuance of the sentencing. The undersigned apologizes for this inconvenience.

The undersigned contacted Joseph Gibson, counsel for defendant, and was advised that he was also preparing a motion to continue sentencing for other reasons.

NON-COMPLIANCE OF S.D. fla. L.R. 7.1A4



Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN (Court #A5500053)
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394-3002
Telephone: (954) 356-7255X3514
Facsimile: (954) 356-7228
E-Mail: Edward.Ryan@justice.usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 5th day of July, 2001, to:

Joseph Gibson, Esquire
19 West Flagler Street, Suite 720
Miami, FL 33130-4402

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY