**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.  CASE NO. 00-6061 - WDF

DARRYL SMITH,
a/k/a "D"

Defendant
_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

Defendant, Darryl Smith, by his attorneys, Joseph W. Gibson, P.A. hereby moves the Court for a Continuance of Sentencing .

Defendant, Darryl Smith. respectfully requests this Honorable Court for a Continuance of Sentencing..

1. Sentencing is presently set for July 6, 2001.

2. Undersigned counsel has conferred with AUSA Ed Ryan, who has no objection to a continuance of sentencing date

3. Undersigned counsel is presently appearing before the Honorable James L. Cohn, Broward County, Circuit Judge, in State of Florida v. Gumbs, F01-2241 CF10A & F-01-3907CF10A.

4. WHEREFORE, Defendant respectfully requests that this Court grant this motion for a continuance of sentencing.



CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a correct copy of the foregoing was furnished this _____5_____ day of July 2001, via fax (954) 356-7884 to The Honorable Wilkie Ferguson, U.S. Federal Judge, and via U.S. Mail to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:    (305) 377-2528

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.                                                          CASE NO. 00-6061

DARRYL SMITH,
a/k/a "D"

    Defendant
_____/

## AGREED MOTION FOR EXTENTION OF TIME

Counsel for Defendant, Darryl Smith, has conferred with Ed Ryan, AUSA, prosecutor in the instant cause. The government has stated that it has no objection to a Motion for Extension of Time to respond to Presentence Investigation Report in the instant matter. The continuance is requested on the following grounds:

1. The Presentence Investigation Report bears a facsimile of June 27, 2001 and which was never mailed

2. Undersigned counsel is presently appearing before the Honorable James L. Cohn, Broward County, Circuit Judge, in State of Florida v. Gumbs, F01-2241 CF10A & F-01-3907CF10A.

3. In view of the foregoing Defendant needs an extension of time for twenty (20) days to file Objections to Presentence Investigation Report.

WHEREFORE, Defendant, respectfully request this Honorable Court grant an extension of time of twenty (20) days to file a response to the Presentence Investigation Report.

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule counsel has shared the bonafides of this motion with AUSA Ed Ryan who has no objection to a twenty (20) day extension of time in this case.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was furnished this **5th** day of **July 2001**, via fax (954) 356-7884 to The Honorable Wilkie Ferguson, U.S. Federal Judge, and via U.S. Mail to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:    (305) 377-2528