

FILED
JUL 17 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.    Case No. 00-6061-CR-FERGUSON

DARRYL SMITH,
    Defendant.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on the Defendant's Motion for Judgment of Acquittal.

The government is hereby **ORDERED** to respond, within ten (10) days, to the allegation that the evidence was insufficient to support a conviction for a conspiracy to possess with the intent to distribute cocaine.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _10th_ day of ~~June~~ July 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Copies:
Edward Ryan, AUSA
Joseph W. Gibson, Esq

106