JUL 17 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                     Case No. 00-6061-CR-FERGUSON

DARRYL SMITH,
        Defendant.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on the defendant, Daryl Smith's Motion

For Judgement of Acquittal.

The government is hereby **ORDERED** to respond within ten (10) days, to

the allegation that the evidence was insufficient to support a conviction for a

conspiracy to possess with the intent to distribute cocaine.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 17th

day of July 2001.

                                      WILKIE D. FERGUSON, JR.
                                      UNITED STATES DISTRICT JUDGE

Edward Ryan, AUSA
Joseph W. Gibson, Esq.,