UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DARRYL SMITH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

NIGHT BOX
FILED

JUL 1 9 2001

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR JUDGEMENT OF ACQUITTAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to Defendant's Motion for Judgement of Acquittal. The undersigned does not object to this Court granting Defendant's Motion only as to the jury's finding that Defendant conspired to import and possess with intent to distribute cocaine. The undersigned agrees that the evidence presented at trial did not support the jury's special finding regarding



cocaine. However, the jury's guilty verdict as to said charges and special finding as to marijuana was proper and amply supported by the evidence.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By:        _____
                              EDWARD R. RYAN
                              ASSISTANT UNITED STATES ATTORNEY
                              Court # A500053
                              500 E. Broward Blvd., Suite 700
                              Ft. Lauderdale, FL. 33394
                              Telephone (954) 356-7255
                              Fax (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _19_ day of July, 2001 to: Joseph Gibson, 19 W. Flagler St., Suite 720, Miami, FL. 33130-4402.

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY