UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

DARYL SMITH (J)                                JUL 2 ⸱ 2001

    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been reset for **SENTENCING** on

Friday, September 14, 2001 at 9:00 a.m., before the Honorable Wilkie D. Ferguson, Jr., United

States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this __23rd__ day of July 2001.

DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Edward Ryan, AUSA
Joe Gibson, Esq.,
Probation
U.S. Marshal