

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,

Vs.

DARRYL SMITH,
Defendant.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS CAUSE, comes before the Court on the defendant's Motion For

Extension Of Time to file motion for new trial and to preserve Rule 29.

After consideration, it is

**ORDERED AND ADJUDGED** that the motion is *GRANTED*. This case is reset to

September 14, 2001 at 9:00 a.m. for sentencing.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 6 7H day of July 2001. aug.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

cc:
Edward Ryan, AUSA
Joseph W. Gibson, Esq.,