UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 00-6061

DARRYL SMITH,
a/k/a "D"

Defendant
_____/

## DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT

Defendant. Darryl Smith, by and through undersigned counsel hereby files his objections to presentence which was completed and signed on June 25, 2001, faxed to defendant on July 5, 2001.

Page 4, paragraph 2, the PSR is in error inasmuch as, Defendant was not tried for possession of ammunition that charge was severed by Court Order of the Honorable Wilkie Ferguson. .

Page 6, paragraph 8, the defendant objects to being classified as "the organizer of the marijuana importation and, as well as in the alien smuggling.

Page 10, paragraph 20, the defendant objects to the statement that he maintained an elaborate security system at his place of residence. The security system was in place when defendant purchased the residence and at no time was the security system in working condition.

NON-COMPLIANCE OF S.D. fla. L.R. S.1.A.5   **COPIES NOT PROVIDED**

Page 10/11,   Defendant concedes that he did rent a warehouse. Defendant did not rent or direct Harris to rent a "stash house" for the housing of aliens not was Defendant a manager/supervisor of a criminal activity involving five or more participants.

Page 12, paragraph, 30, Defendant did not possess a firearm and therefore should not receive a base offense level increase of two (2) additional levels.

Page 12, paragraph 31, The defendant objects.  No proof he piloted a craft for importation and should not receive two (2) level increase.

Page 12, paragraph 33, in error only three (3) individuals identified and only one (1) worked for the Defendant.  Tommy Thompson and Wilton Ellis were not adjutants of the Defendant,  Thus any increase must specify whom the Defendant directed.  Hence there being only one (1) person under the Defendant's direction, Sean Harris, the Defendant should not be aggravated as manager or supervisor.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was furnished this ___/___ day of August 2001, U.S. Mail to:  Edward R. Ryan, AUSA,

Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

_____
JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:   (305) 377-2528