UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,

vs

DARRYL SMITH

Defendant.
_____/



## GOVERNMENT'S RESPONSE TO OBJECTIONS TO PRE-SENTENCE REPORT

The United States of America through the undersigned Assistant United States Attorney, hereby responds to Defendant's objections.

The objection to page 4, paragraph 2 is moot. The report has been changed

The objection to page 6, paragraph 8 is unfounded. The testimony of Sean Harris, Wilton Ellis and Bertis Thompson support defendant being categorized as an organizer.

The objection to page 10, paragraph 20 is inconsequential.

The objection to page 10/11 is correct as to directing Harris to rent a house. However, based upon the testimony of Harris and Ellis, defendant was a manager/supervisor of five or more participants.

The objection to page 12, paragraph 30 should be sustained.

The objection to page 12, paragraph 31 is unfounded. The testimony of Harris and Ellis support the passage.



The objection to page 12, paragraph 33 is unfounded. The testimony of Harris, Ellis and Thompson support that Defendant supervised five or more participants or was otherwise extensive.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By:

                        EDWARD R. RYAN
                        ASSISTANT UNITED STATES ATTORNEY
                        Court # A5500053
                        500 E. Broward Blvd., Suite 700
                        Ft. Lauderdale, FL. 33394
                        Telephone (954) 356-7255
                        Fax (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was mailed to this 13th day of September, 2001 to: Joseph Gibson, 19 W. Flagler St., Suite 720 Miami, FL. 33130.

 EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY