

FILED by _____ D.C.

ISEP. 1 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            Case No. 00-6061-CR-FERGUSON

    Plaintiff(s)

vs.

DARRYL SMITH, (B)

    Defendant(s).

_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **SENTENCING**

hearing before the undersigned at the United States District Court, **299 East Broward Blvd.,**

**Courtroom 207B, Ft. Lauderdale, Florida 33301, on September 28, 2001 at 11:00 A.M.** Thirty

(30) minutes have been reserved for this matter.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _18th_ day of

September 2001.

                             Deloris McIntosh

                             DELORIS MCINTOSH
                             DEPUTY CLERK

copies provided:
Edward Ryan, AUSA
Joe Gibson, Esq.,
U.S. Probation