FILED by _____ D.C.

SEP 28 2001

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _____ 00- 6061-CR-WDF

DEFENDANT _Darryl Smith (J)_      JUDGE _Wilkie D. Ferguson, Jr.,_

Deputy Clerk _Deloris McIntosh_      DATE _September 28, 2001_

Court Reporter _Stephen Franklin_      USPO _Katherine Gomez / Kito Bess_

AUSA _Edward Ryan_      Deft's Counsel _Joe Gibson, Esq.,_

COUNTS DISMISSED _All Others_

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited. _10 Days to Appeal_

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |   |
|---|---|---|---|---|
|  |  | 262 | 1+2 | to run |
|  |  | 240 | 3, 4, +5 | concurrent |
|  |  | 120 | 6+8 |  |

Supervised Release

| Probation | Years | Months | Counts |   |
|---|---|---|---|---|
|  | 5 |  | 1+2 | to run |
|  | 3 |  | 3, 4, 5, 6 +8 | concurrent |

Comments _____

Assessment $ _700_      Fine $ _N/A_

Restitution /Other _____

_X_ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

114