UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO. 00-6061-CR-WDF

DARRYL SMITH,
a/k/a "D"

    Defendant
_____/

FILED BY _____ D.C.
2001 OCT 11 PM 3:37
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

## NOTICE OF APPEAL

Defendant, Darryl Smith, pursuant to Title 18 U.S.C. Sect. 3742(a)(3), by and through his attorneys, Joseph W. Gibson, P.A. files his Notice of Appeal of sentencing rendered by the Honorable Wilkie Ferguson, U.S. Federal Judge Southern District of Florida on September 28, 2001.

    Dated: October 2, 2001.

_____
JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:   (305) 377-2528

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this 2nd day of October 2001, to: The Honorable Wilkie Ferguson, U.S. Federal Judge, Southern District of Florida, 299 East Broward Boulevard, Room 207-B, Ft. Lauderdale, Florida 33301; Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

_____
JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 207
Miami, Florida 33130
Phone: (305) 377-2525
Fax:   (305) 377-2528