UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                                CASE NO. 00-6061 WDF

DARRYL SMITH,
a/k/a "D"

    Defendant
_____/

### MOTION TO APPOINT ATTORNEY CJA FOR APPEAL

Defendant, DARRYL SMITH, by and through undersigned hereby files his Motion To Appoint Attorney CJA for purposes of appeal, and states as follows:

1. Defendant is incarcerated and without funds for his appeal.

2. Defendant is unable to obtain funds for his trial transcript.

3. Defendant hereby submits his Application To Proceed Without Prepayment of Fees And Affidavit in support of this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true a correct copy of the foregoing was forwarded via U.S. mail this ___ day of October 2001 to the following: The Honorable Wilkie Ferguson, U.S. Federal Judge, Southern District of Florida, 299 E. Broward Boulevard, 299 E. Broward Boulevard, Rm 207-B, Ft. Lauderdale, Florida, 33301 and to Ed Ryan, AUSA, Office of the U.S. Attorney, Southern District of Florida, 500 E. Broward Boulevard, Rm. 700, Ft. Lauderdale, Florida 33394

_____
JOSEPH W. GIBSON, JR., ESQUIRE
FBN: 344494

Joseph W. Gibson, Jr., P.A.
Attorneys for Smith
19 West Flagler Street
Suite 207
Miami, Florida 33130
Telephone: (305) 377-2525
Fax:       (305) 377-2528