UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
               Plaintiff,

         Case No.  00-6061-CR-FERGUSON
         Appeal No.  01-15847-E

     Vs.

DARRYL SMITH,
           Defendant.
_____/

FILED by _____ D.C.

DEC  6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Ft. LAUD.

## ORDER APPOINTING CJA COUNSEL  FOR  APPEAL

On October 26, 2001,  defendant Darryl Smith  filed a Motion To Appoint CJA Counsel For

Appeal.  The defendant having previously stated his financial inability to retain counsel for an

appeal and the Court being fully advised of the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that Sheryl Lowenthal, Esq.,  is hereby **Appointed** to

represent the above-named Defendant for all proceedings on appeal.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this _____ day of December

2001.

_____
     WILKIE D. FERGUSON, JR.,
     UNITED STATES DISTRICT JUDGE

cc:
Ed Ryan, AUSA
Joseph W. Gibson, Jr., PA
Thomas K. Kahn, Clerk (U.S.C.A)

