IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6061-CR-WDF

UNITED STATES OF AMERICA,
    APPELLEE,

VS.

DARRYL SMITH,
    APPELLANT.
_____/

**APPELLANT'S MOTION TO AUTHORIZE PREPARATION OF TRANSCRIPT OF JURY SELECTION PROCEEDINGS FOR APPEAL**

Appellant Darryl Smith through counsel, moves the Court to authorize the court reporter to prepare the transcript of the jury selection proceedings and in support of this motion, states:

When she received her order of appointment in this case, undersigned counsel ordered transcripts, including the pretrial motion to suppress, the trial (including opening statements, closing arguments and rebuttal), and the sentencing.

On January 4, 2002, counsel spoke with Mr. Smith's trial attorney, Joseph Gibson about the possible appellate issues, and Mr. Gibson indicated that there was a **Batson** issue.

Therefore, counsel has prepared a supplemental transcript order form and CJA 24, and would ask the Court to authorize the court reporter to prepare a transcript of that portion of the trial as well.

**Memorandum of Law**

In **United States v. Osorio-Cadavid**, 955 F.2d 868 (11th Cir. 1992), the Eleventh Circuit recognized that the Supreme Court has held that an indigent defendant who is represented by new counsel on appeal is entitled to a transcript of his entire trial. **Hardy v. United States**, 375 U.S. 277, 84 S.Ct. 424, 11 L.Ed.2d 331 (1964). The Supreme Court based this holding on its determination that new counsel could not faithfully discharge the obligations that he court had placed on her unless she could read the entire transcript. Id. At 280, 84 S.Ct. at 426-27. As the former Fifth Circuit wrote in said in **United States v. Gregory,** 472 F.2d 484, 486 (5th Cir. 1973), the Supreme Court stressed that the duty of representation of an appellate lawyer includes the duty to search out plain error and nothing less than a complete transcript will suffice to accomplish this.

Counsel has not contacted the Office of the US Attorney to seek their position on this motion, since it is not an adversarial matter, however, a copy of this motion is being sent to them for informational purposes.

Respectfully submitted,

SHERYL J. LOWENTHAL,
CJA Counsel for Darryl Smith
Suite 911 Douglas Centre
2600 Douglas Road
Coral Gables, Florida 33134
Telephone: (305) 442-1731
Florida Bar No. 163475

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was mailed on January 5, 2002, to the Office of the US Attorney, Appellate Section, 99 NE Fourth Street, Miami, Florida 33132-2111.

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED DARRYL SMITH | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-6061-Cr-WDF | 5. APPEALS DKT./DEF. NUMBER 01-15947-E | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. DARRYL SMITH | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☒ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☒ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
21:963  21:846  21:952(1)  18:2  8:1324(a)(1)(A) & 1324(a)(1)(A)(v)(II)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
direct appeal from criminal conviction — sentence 240 mos.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
JURY SELECTION

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature] 1-5-02
Signature of Attorney / Date
SHERYL LOWENTHAL
Printed Name
Telephone Number: (305) 442-1731
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____  Nunc Pro Tunc Date _____

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____  Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____  Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court | Date |

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

**PART I.** _AMENDED_ **TRANSCRIPT ORDER INFORMATION** _SUPPLEMENTAL_
Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.

Short Case Style: _USA_ vs _DARRYL SMITH_

District Court No.: _00-6061-Cr-WDF_ Date Notice of Appeal Filed: _10-11-01_ Court of Appeals No.: _01-15847-E_
(If Available)

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☒ AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

Check appropriate box(es) and provide all information requested:

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☒ Trial | JURY SELECTION | Ferguson | Dockstader |
| ☐ Sentence | | | |
| ☐ Other | | | |

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☒ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _Sheryl Lowenthal_
Name of Firm:
Street Address/P.O. Box: _2600 Douglas Road #911_
City/State/Zip Code: _Coral Gables, FL 33134_
Phone No.: _305-442-1731_

I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.

DATE: _1-5-02_ SIGNED: _Sheryl Lowenthal_ Attorney for: _Darryl Smith_

**PART II.    COURT REPORTER ACKNOWLEDGMENT**
Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____ Estimated no. of transcript pages: _____ Estimated filing date: _____
DATE: _____ SIGNED: _____ Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

**PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT**
Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____
Date: _____ Signature of Court Reporter: _____

*U.S. GPO: 2000-536-281/00334