UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6061-CR-FERGUSON

UNITED STATES OF AMERICA,

vs.

DARRYL SMITH,

    Defendant.

Tuesday, October 17, 2000
Fort Lauderdale, Florida

MOTION TO SUPPRESS

BEFORE MAGISTRATE JUDGE LURANA S. SNOW

APPEARANCES:

For the Government:    EDWARD RYAN,
    Assistant U.S. Attorney

For the Defendant:    JOSEPH GIBSON, JR., ESQ.

Court Reporter:    ANITA LaROCCA
    299 E. Broward Boulevard
    Fort Lauderdale, Florida

# NOT

# SCANNED

PLEASE REFER TO COURT FILE