1

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3                FORT LAUDERDALE DIVISION

 4

 5   UNITED STATES OF AMERICA,    .  CASE 00CR06061
                                  .  FORT LAUDERDALE, FLORIDA
 6        PLAINTIFF,               .
                                  .  APRIL 23, 2001
 7        v.                      .
                                  .  VOLUME I
 8   DARRYL ZANUCK SMITH,          .
                                  .
 9        DEFENDANT.               .
                                  .
10   . . . . . . . . . . . . . . .

11

12

13

14         TRANSCRIPT OF TRIAL PROCEEDINGS HAD

15   BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16            UNITED STATES DISTRICT JUDGE.

17

18

19

20                    - - - - -

21              PAGES 1 THROUGH 94

22                    - - - - -

23

24

25

                BRYNN DOCKSTADER, RMR
                   (305) 523-5630
```

FILED by _____ D.C.
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI




# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**