94

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3                FORT LAUDERDALE DIVISION

FILED by _____ D.C.
CT. REP.
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

5    UNITED STATES OF AMERICA,     .   CASE 00CR06061
                                   .   FORT LAUDERDALE, FLORIDA
6         PLAINTIFF,               .
                                   .   APRIL 24, 2001
7         v.                       .
                                   .   VOLUME II
8    DARRYL ZANUCK SMITH,          .
                                   .
9         DEFENDANT.               .
                                   .
10   . . . . . . . . . . . . . .   .

14           TRANSCRIPT OF TRIAL PROCEEDINGS HAD

15       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16                UNITED STATES DISTRICT JUDGE.

20                      - - - - -

21               PAGES 94 THROUGH 194

22                      - - - - -

                    BRYNN DOCKSTADER, RMR
                       (305) 523-5630

```
 1    APPEARANCES:

 2    FOR THE GOVERNMENT:    EDWARD RYAN, AUSA
                             UNITED STATES ATTORNEY'S OFFICE
 3                           500 E. BROWARD AVENUE
                             SEVENTH FLOOR
 4                           FORT LAUDERDALE, FLORIDA  33301
                             (954)  356-7256
 5

 6    FOR THE DEFENDANT:     JOE GIBSON, ESQUIRE
                             19 WEST FLAGLER STREET
 7                           MIAMI, FLORIDA  33130
                             (305)  377-2525
 8

 9

10    COURT REPORTER:        BRYNN DOCKSTADER, RMR
                             CONTRACT COURT REPORTER
11                           UNITED STATES DISTRICT COURT
                             301 N. MIAMI AVE., ROOM 396
12                           MIAMI, FLORIDA  33128
                             (305) 523-5630
13

14

15

16

17

18

19         .

20

21

22

23

24

25
                        BRYNN DOCKSTADER, RMR
                            (305) 523-5630
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE