```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                  FORT LAUDERDALE DIVISION

 4

 5   UNITED STATES OF AMERICA,    .  CASE 00CR06061
                                  .  FORT LAUDERDALE, FLORIDA
 6          PLAINTIFF,             .
                                  .  APRIL 24, 2001
 7          v.                    .
                                  .  VOLUME III
 8   DARRYL ZANUCK SMITH,         .
                                  .
 9          DEFENDANT.            .
                                  .
10   . . . . . . . . . . . . . . .

11

12

13

14           TRANSCRIPT OF TRIAL PROCEEDINGS HAD

15       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16              UNITED STATES DISTRICT JUDGE.

17

18

19

20                       - - - - -

21                PAGES 195 THROUGH 360

22                       - - - - -

23

24

25

                    BRYNN DOCKSTADER, RMR
                       (305) 523-5630
```

FILED by _____ D.C.
CT REP
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:     EDWARD RYAN, AUSA
                             UNITED STATES ATTORNEY'S OFFICE
 3                           500 E. BROWARD AVENUE
                             SEVENTH FLOOR
 4                           FORT LAUDERDALE, FLORIDA   33301
                             (954)  356-7256
 5

 6   FOR THE DEFENDANT:      JOE GIBSON, ESQUIRE
                             19 WEST FLAGLER STREET
 7                           MIAMI, FLORIDA   33130
                             (305)  377-2525
 8

 9

10   COURT REPORTER:         BRYNN DOCKSTADER, RMR
                             CONTRACT COURT REPORTER
11                           UNITED STATES DISTRICT COURT
                             301 N. MIAMI AVE., ROOM 396
12                           MIAMI, FLORIDA   33128
                             (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
                         BRYNN DOCKSTADER, RMR
                            (305) 523-5630
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE