```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                  FORT LAUDERDALE DIVISION


 5   UNITED STATES OF AMERICA,    .   CASE 00CR06061
                                  .   FORT LAUDERDALE, FLORIDA
 6        PLAINTIFF,               .
                                  .   APRIL 25, 2001
 7        v.                       .
                                  .      VOLUME IV
 8   DARRYL ZANUCK SMITH,          .
                                  .
 9        DEFENDANT.               .
                                  .
10   . . . . . . . . . . . . . .




14           TRANSCRIPT OF TRIAL PROCEEDINGS HAD

15      BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16             UNITED STATES DISTRICT JUDGE.





20                      - - - - -

21              PAGES 361 THROUGH 490

22                      - - - - -
```

FILED by _____ D.C.
CT. REP.
JAN 3 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

BRYNN DOCKSTADER, RMR
(305) 523-5635

```
 1    APPEARANCES:

 2    FOR THE GOVERNMENT:    EDWARD RYAN, AUSA
                             UNITED STATES ATTORNEY'S OFFICE
 3                           500 E. BROWARD AVENUE
                             SEVENTH FLOOR
 4                           FORT LAUDERDALE, FLORIDA  33301
                             (954)  356-7256
 5

 6    FOR THE DEFENDANT:     JOE GIBSON, ESQUIRE
                             19 WEST FLAGLER STREET
 7                           MIAMI, FLORIDA  33130
                             (305)  377-2525
 8

 9

10    COURT REPORTER:        BRYNN DOCKSTADER, RMR
                             CONTRACT COURT REPORTER
11                           UNITED STATES DISTRICT COURT
                             301 N. MIAMI AVE., ROOM 396
12                           MIAMI, FLORIDA  33128
                             (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
                         BRYNN DOCKSTADER, RMR
                            (305) 523-5635
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE