UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

FILED by ____ D.C.
CT. REP.
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA, . CASE 00CR06061
. FORT LAUDERDALE, FLORIDA
PLAINTIFF, .
. APRIL 25, 2001
v. .
. VOLUME V
DARRYL ZANUCK SMITH, .
.
DEFENDANT. .
.
. . . . . . . . . . . . . . . .

TRANSCRIPT OF TRIAL PROCEEDINGS HAD

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

UNITED STATES DISTRICT JUDGE.

- - - - -

PAGES 490 THROUGH 606

- - - - -

BRYNN DOCKSTADER, RMR
(305) 523-5635



APPEARANCES:

FOR THE GOVERNMENT: EDWARD RYAN, AUSA
UNITED STATES ATTORNEY'S OFFICE
500 E. BROWARD AVENUE
SEVENTH FLOOR
FORT LAUDERDALE, FLORIDA 33301
(954) 356-7256

FOR THE DEFENDANT: JOE GIBSON, ESQUIRE
19 WEST FLAGLER STREET
MIAMI, FLORIDA 33130
(305) 377-2525

COURT REPORTER: BRYNN DOCKSTADER, RMR
CONTRACT COURT REPORTER
UNITED STATES DISTRICT COURT
301 N. MIAMI AVE., ROOM 396
MIAMI, FLORIDA 33128
(305) 523-5630

# TRANSCRIPT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**