```
607
```

|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF FLORIDA |
| 3 | FORT LAUDERDALE DIVISION |

FILED by ___ D.C.
JAN 3 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
 5   UNITED STATES OF AMERICA,    .  CASE 00CR06061
                                  .  FORT LAUDERDALE, FLORIDA
 6        PLAINTIFF,               .
                                  .  APRIL 26, 2001
 7        v.                       .
                                  .     VOLUME VI
 8   DARRYL ZANUCK SMITH,          .
                                  .
 9        DEFENDANT.               .
                                  .
10   . . . . . . . . . . . . . .

14            TRANSCRIPT OF TRIAL PROCEEDINGS HAD
15       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
16                UNITED STATES DISTRICT JUDGE.

20                      - - - - -
21              PAGES 607 THROUGH 761
22                      - - - - -

                    BRYNN DOCKSTADER, RMR
                      (305) 523-5635
```



```
 1    APPEARANCES:

 2    FOR THE GOVERNMENT:   EDWARD RYAN, AUSA
                            UNITED STATES ATTORNEY'S OFFICE
 3                          500 E. BROWARD AVENUE
                            SEVENTH FLOOR
 4                          FORT LAUDERDALE, FLORIDA  33301
                            (954) 356-7256
 5

 6    FOR THE DEFENDANT:    JOE GIBSON, ESQUIRE
                            19 WEST FLAGLER STREET
 7                          MIAMI, FLORIDA  33130
                            (305) 377-2525
 8

 9

10    COURT REPORTER:       BRYNN DOCKSTADER, RMR
                            CONTRACT COURT REPORTER
11                          UNITED STATES DISTRICT COURT
                            301 N. MIAMI AVE., ROOM 396
12                          MIAMI, FLORIDA  33128
                            (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
                         BRYNN DOCKSTADER, RMR
                            (305) 523-5635
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**