```
 1                    UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF FLORIDA

 3                       FORT LAUDERDALE DIVISION

 4

 5   UNITED STATES OF AMERICA,    .   CASE 00CR06061
                                  .   FORT LAUDERDALE, FLORIDA
 6           PLAINTIFF,            .
                                  .   APRIL 30, 2001
 7           v.                    .
                                  .   VOLUME VII
 8   DARRYL ZANUCK SMITH,          .
                                  .
 9           DEFENDANT.            .
                                  .
10   . . . . . . . . . . . . . . .

11

12

13

14             TRANSCRIPT OF TRIAL PROCEEDINGS HAD

15      BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16               UNITED STATES DISTRICT JUDGE.

17

18

19

20                         - - - - -

21                 PAGES 761 THROUGH 880

22                         - - - - -

23

24

25
                       BRYNN DOCKSTADER, RMR
                          (305) 523-5635
```

FILED by ___ D.C.
CT. REP.
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:    EDWARD RYAN, AUSA
                            UNITED STATES ATTORNEY'S OFFICE
 3                          500 E. BROWARD AVENUE
                            SEVENTH FLOOR
 4                          FORT LAUDERDALE, FLORIDA  33301
                            (954)  356-7256
 5

 6   FOR THE DEFENDANT:     JOE GIBSON, ESQUIRE
                            19 WEST FLAGLER STREET
 7                          MIAMI, FLORIDA  33130
                            (305)  377-2525
 8

 9

10   COURT REPORTER:        BRYNN DOCKSTADER, RMR
                            CONTRACT COURT REPORTER
11                          UNITED STATES DISTRICT COURT
                            301 N. MIAMI AVE., ROOM 396
12                          MIAMI, FLORIDA  33128
                            (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
                    BRYNN DOCKSTADER, RMR
                       (305) 523-5635
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE