881

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF FLORIDA

 3                  FORT LAUDERDALE DIVISION
```

FILED by _____ D.C.
CT. REP.

JAN 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
 5   UNITED STATES OF AMERICA,    .  CASE 00CR06061
                                  .  FORT LAUDERDALE, FLORIDA
 6            PLAINTIFF,          .
                                  .  MAY 1, 2001
 7        v.                      .
                                  .  VOLUME VIII
 8   DARRYL ZANUCK SMITH,         .
                                  .
 9            DEFENDANT.          .
                                  .
10   . . . . . . . . . . . . . . .

14            TRANSCRIPT OF TRIAL PROCEEDINGS HAD

15   BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16             UNITED STATES DISTRICT JUDGE.


20                      - - - - -

21             PAGES 881 THROUGH 1000

22                      - - - - -


               BRYNN DOCKSTADER, RMR
                   (305) 523-5635
```

882

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:    EDWARD RYAN, AUSA
                            UNITED STATES ATTORNEY'S OFFICE
 3                          500 E. BROWARD AVENUE
                            SEVENTH FLOOR
 4                          FORT LAUDERDALE, FLORIDA   33301
                            (954)  356-7256
 5

 6   FOR THE DEFENDANT:     JOE GIBSON, ESQUIRE
                            19 WEST FLAGLER STREET
 7                          MIAMI, FLORIDA  33130
                            (305)  377-2525
 8

 9

10   COURT REPORTER:        BRYNN DOCKSTADER, RMR
                            CONTRACT COURT REPORTER
11                          UNITED STATES DISTRICT COURT
                            301 N. MIAMI AVE., ROOM 396
12                          MIAMI, FLORIDA   33128
                            (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
```

BRYNN DOCKSTADER, RMR
(305) 523-5635

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE

Scanned Image - 9:92CR8032 Document 369 page 2 Fri Sep 29 07:35:12 2000