1000

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3                     FORT LAUDERDALE DIVISION

 4

 5   UNITED STATES OF AMERICA,      .  CASE 00CR06061
                                    .  FORT LAUDERDALE, FLORIDA
 6        PLAINTIFF,                .
                                    .  MAY 1, 2001
 7        v.                        .
                                    .  VOLUME IX
 8   DARRYL ZANUCK SMITH,           .
                                    .
 9        DEFENDANT.                .
                                    .
10   . . . . . . . . . . . . . .   .
```

*stamp: JAN 3 0 2002 — CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI*

TRANSCRIPT OF TRIAL PROCEEDINGS HAD

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

UNITED STATES DISTRICT JUDGE.

- - - - -

PAGES 1000 THROUGH 1119

- - - - -

BRYNN DOCKSTADER, RMR
(305) 523-5635

```
                                                                   1001
 1     APPEARANCES:

 2     FOR THE GOVERNMENT:    EDWARD RYAN, AUSA
                              UNITED STATES ATTORNEY'S OFFICE
 3                            500 E. BROWARD AVENUE
                              SEVENTH FLOOR
 4                            FORT LAUDERDALE, FLORIDA   33301
                              (954)  356-7256
 5

 6     FOR THE DEFENDANT:     JOE GIBSON, ESQUIRE
                              19 WEST FLAGLER STREET
 7                            MIAMI, FLORIDA   33130
                              (305)  377-2525
 8

 9

10     COURT REPORTER:        BRYNN DOCKSTADER, RMR
                              CONTRACT COURT REPORTER
11                            UNITED STATES DISTRICT COURT
                              301 N. MIAMI AVE., ROOM 396
12                            MIAMI, FLORIDA   33128
                              (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
                         BRYNN DOCKSTADER, RMR
                            (305) 523-5635
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE