```
1              UNITED STATES DISTRICT COURT
2              SOUTHERN DISTRICT OF FLORIDA
3                 FORT LAUDERDALE DIVISION
4
5   UNITED STATES OF AMERICA,   .  CASE 00CR06061
                                .  FORT LAUDERDALE, FLORIDA
6            PLAINTIFF,         .
                                .  MAY 2, 2001
7       v.                      .
                                .  VOLUME X
8   DARRYL ZANUCK SMITH,        .
                                .
9            DEFENDANT.         .
                                .
10  . . . . . . . . . . . . . .
```

FILED by D.C.
CT. REP.
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

1119

TRANSCRIPT OF TRIAL PROCEEDINGS HAD

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

UNITED STATES DISTRICT JUDGE.

- - - - -

PAGES 1119 THROUGH 1211

- - - - -

BRYNN DOCKSTADER, RMR
(305) 523-5630



```
 1  │  APPEARANCES:
 2  │  FOR THE GOVERNMENT:    EDWARD RYAN, AUSA
    │                         UNITED STATES ATTORNEY'S OFFICE
 3  │                         500 E. BROWARD AVENUE
    │                         SEVENTH FLOOR
 4  │                         FORT LAUDERDALE, FLORIDA   33301
    │                         (954)  356-7256
 5  │
 6  │  FOR THE DEFENDANT:     JOE GIBSON, ESQUIRE
    │                         19 WEST FLAGLER STREET
 7  │                         MIAMI, FLORIDA   33130
    │                         (305)  377-2525
 8  │
 9  │
10  │  COURT REPORTER:        BRYNN DOCKSTADER, RMR
    │                         CONTRACT COURT REPORTER
11  │                         UNITED STATES DISTRICT COURT
    │                         301 N. MIAMI AVE., ROOM 396
12  │                         MIAMI, FLORIDA   33128
    │                         (305) 523-5630
13  │
14  │
15  │
16  │
17  │
18  │
19  │
20  │
21  │
22  │
23  │
24  │
25  │
                             BRYNN DOCKSTADER, RMR
                                (305) 523-5630
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**