1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF FLORIDA

3             FORT LAUDERDALE DIVISION

FILED by _____ D.C.
CT. REP.

JAN 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

4

5   UNITED STATES OF AMERICA,    .   CASE 00CR06061
                                 .   FORT LAUDERDALE, FLORIDA
6          PLAINTIFF,            .
                                 .   MAY 2, 2001
7          v.                    .
                                 .   VOLUME XI
8   DARRYL ZANUCK SMITH,         .
                                 .
9          DEFENDANT.            .
                                 .
10  . . . . . . . . . . . . . . .

11

12

13

14          TRANSCRIPT OF TRIAL PROCEEDINGS HAD

15    BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16          UNITED STATES DISTRICT JUDGE.

17

18

19

20              - - - - -

21          PAGES 1211 THROUGH 1357

22              - - - - -

23

24

25

BRYNN DOCKSTADER, RMR
(305) 523-5635

```
 1    APPEARANCES:

 2    FOR THE GOVERNMENT:    EDWARD RYAN, AUSA
                             UNITED STATES ATTORNEY'S OFFICE
 3                           500 E. BROWARD AVENUE
                             SEVENTH FLOOR
 4                           FORT LAUDERDALE, FLORIDA  33301
                             (954)  356-7256
 5


 6    FOR THE DEFENDANT:     JOE GIBSON, ESQUIRE
                             19 WEST FLAGLER STREET
 7                           MIAMI, FLORIDA  33130
                             (305)  377-2525
 8


 9


10    COURT REPORTER:        BRYNN DOCKSTADER, RMR
                             CONTRACT COURT REPORTER
11                           UNITED STATES DISTRICT COURT
                             301 N. MIAMI AVE., ROOM 396
12                           MIAMI, FLORIDA  33128
                             (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
```

BRYNN DOCKSTADER, RMR
(305) 523-5635

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE