1358

FILED by _____ D.C.
CT. REP.
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3                     FORT LAUDERDALE DIVISION

 4

 5   UNITED STATES OF AMERICA,   .  CASE 00CR06061
                                 .  FORT LAUDERDALE, FLORIDA
 6         PLAINTIFF,             .
                                 .  May 3, 2001
 7         v.                     .
                                 .  VOLUME XII
 8   DARRYL ZANUCK SMITH,         .
                                 .
 9         DEFENDANT.             .
                                 .
10   . . . . . . . . . . . . . .

11

12

13

14            TRANSCRIPT OF TRIAL PROCEEDINGS HAD

15       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16              UNITED STATES DISTRICT JUDGE.

17

18

19

20                         - - - - -

21             PAGES   1358 THROUGH 1380

22                         - - - - -

23

24

25
                      BRYNN DOCKSTADER, RMR
                         (305) 523-5635
```

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:   EDWARD RYAN, AUSA
                          UNITED STATES ATTORNEY'S OFFICE
 3                        500 E. BROWARD AVENUE
                          SEVENTH FLOOR
 4                        FORT LAUDERDALE, FLORIDA  33301
                          (954)  356-7256
 5

 6   FOR THE DEFENDANT:    JOE GIBSON, ESQUIRE
                          19 WEST FLAGLER STREET
 7                        MIAMI, FLORIDA  33130
                          (305)  377-2525
 8

 9

10   COURT REPORTER:       BRYNN DOCKSTADER, RMR
                          CONTRACT COURT REPORTER
11                        UNITED STATES DISTRICT COURT
                          301 N. MIAMI AVE., ROOM 396
12                        MIAMI, FLORIDA  33128
                          (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
                    BRYNN DOCKSTADER, RMR
                       (305) 523-5635
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**