```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2

 3     United States of America,)   Case No.
                                )   00-6061-CR-WDF
 4              Plaintiff,      )
                                )
 5         -v-                  )
                                )
 6     Darryl Smith,            )
                                )
 7              Defendant.      )   Fort Lauderdale, Florida
                                )   September 28, 2001
 8     _____)

 9

10              TRANSCRIPT OF SENTENCING PROCEEDINGS

11          BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

12                      U.S. DISTRICT JUDGE

13

14     Appearances:

15
       For the Government              Edward Joseph Ryan, Jr., AUSA
16                                     1st Floor, 6780 Coral Way
                                       Miami, FL  33155
17
       For the Defendant               Joseph W. Gibson, Jr., ESQ.
18                                     Suite 720, 19 W. Flagler Street
                                       Miami, FL  33130
19
       Reporter                        Stephen W. Franklin, RPR, CRR
20     (561)651-3865                   Official Court Reporter
                                       701 Clematis Street, Suite 417
21                                     West Palm Beach, Florida  33401

22

23

24

25
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE