```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                       FORT LAUDERDALE DIVISION
```

FILED by ___ D.C.
FEB 11 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE 00CR06061 |
| | FORT LAUDERDALE, FLORIDA |
| PLAINTIFF, | |
| | APRIL 23, 2001 |
| v. | |
| | VOLUME I |
| DARRYL ZANUCK SMITH, | |
| DEFENDANT. | |

TRANSCRIPT OF JURY SELECTION HAD

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

UNITED STATES DISTRICT JUDGE.

- - - - -

PAGES 1 THROUGH 144

- - - - -

**Original**

```
 1    APPEARANCES:

 2    FOR THE GOVERNMENT:    EDWARD RYAN, AUSA
                             UNITED STATES ATTORNEY'S OFFICE
 3                           500 E. BROWARD AVENUE
                             SEVENTH FLOOR
 4                           FORT LAUDERDALE, FLORIDA  33301
                             (954)  356-7256
 5

 6    FOR THE DEFENDANT:     JOE GIBSON, ESQUIRE
                             19 WEST FLAGLER STREET
 7                           MIAMI, FLORIDA  33130
                             (305)  377-2525
 8

 9

10    COURT REPORTER:        BRYNN DOCKSTADER, RMR
                             CONTRACT COURT REPORTER
11                           UNITED STATES DISTRICT COURT
                             301 N. MIAMI AVE., ROOM 396
12                           MIAMI, FLORIDA  33128
                             (305) 523-5630
13

14

15

16

17

18

19

20

21

22

23

24

25
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE