**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #01-15847-E      Date: February 21, 2002
U.S. Court of Appeals - Eleventh Circuit USDC # 00-6061-CR-WDF
56 Forsyth St., N.W.                     USCA # 01-15847-E
Atlanta, Georgia    30303

IN RE: USA v. Smith
```
=================================================================

**Certificate of Readiness of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

    _1_ Volume of Pleadings
    _21_ Volumes of Transcripts

    _X_ Exhibits:

        _1_ PSI (sealed)


                                          Sincerely,

                            Clarence Maddox, Court Administrator/Clerk


                                       By: [signature]
                                                    Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.
_____
    Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                          LSS      CLOSED
                                                          APPEAL
                    U.S. District Court
              Southern District of Florida (FtLauderdale)

            CRIMINAL DOCKET FOR CASE #: 00-CR-6061-ALL
```

USA v. Smith                                              Filed: 03/09/00
Dkt# in other court: None

Case Assigned to: Judge Wilkie D. Ferguson, Jr.

DARRYL SMITH (1) , DOB:            Joseph W. Gibson, Jr.
8/20/59  Prisoner #61611-004         [term  09/28/01]
    defendant                      FTS 377-2528
  [term  09/28/01]                 305-377-2525
                                   Suite 720
                                   [COR LD NTC ret]
                                   19 W Flagler Street
                                   Miami, FL 33130

                                   Harold T. Smith, Jr.
                                     [term  09/28/01]
                                   FTS 324-5244
                                   305-324-1845
                                   [COR LD NTC tmp]
                                   1017 NW 9th Court
                                   Miami, FL 33136

                                   Paul F. Gerson
                                     [term  09/28/01]
                                   FTS 371-3842
                                   305-371-7100
                                   [COR LD NTC ret]
                                   2650 Biscayne Boulevard
                                   Miami, FL 33137


Pending Counts:                    Disposition

21:963=MI.F CONSPIRACY TO          262 months imprisonment to run
IMPORT MARIJUANA                   concurrent; 5 years
(1sss)                             supervised release to run
                                   concurrent; Special assessment
                                   of  $100 for each count 1sss
                                   and 2sss
                                   (1sss)

21:846=MD.F CONSPIRACY TO          262 months imprisonment to run
POSSESS WITH INTENT TO             concurrent; 5 years
DISTRIBUTE  MARIJUANA              supervised release to run
(2sss)                             concurrent; Special assessment
                                   of  $100 for each count 1sss
                                   and 2sss

Docket as of February 19, 2002 9:33 am                    Page 1

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Dominique _____
Deputy Clerk
Date 2-21-02

Proceedings include all events.                                              LSS
0:00cr6061-ALL USA v. Smith                                         CLOSED APPEAL

                                    (2sss)

| | |
|---|---|
| 21:952A=MI.F MARIJUANA - IMPORT<br>(3sss) | 240 months imprisonment to run concurrent, 3 years supervised release to run concurrent and $100 special assessment for each count 3sss-5sss<br>(3sss) |
| 21:841A=MD.F POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA<br>(4sss - 5sss) | 240 months imprisonment to run concurrent, 3 years supervised release to run concurrent and $100 special assessment for each count 3sss-5sss<br>(4sss - 5sss) |
| 18:922G.F  UNLAWFUL TRANSPORT OF FIREARMS<br>(6sss) | 120 months imprisonment to run concurrent, 3 years supervised release to run concurrent and $100 special assessment as to each count 6sss, 8sss<br>(6sss) |
| 8:1324.F BRINGING IN AND HARBORING ALIENS<br>(8sss) | 120 months imprisonment to run concurrent, 3 years supervised release to run concurrent and $100 special assessment as to each count 6sss, 8sss<br>(8sss) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 21:963=MI.F CONSPIRACY TO IMPORT MARIJUANA<br>(1) | Counts dismissed upon motion of the United States<br>(1) |
| 21:963=MI.F CONSPIRACY TO IMPORT MARIJUANA<br>(1s) | Counts dismissed upon motion of the United States<br>(1s) |
| 21:963=MI.F CONSPIRACY - MARIJUANA IMPORT/EXPORT<br>(1ss) | Counts dismissed upon motion of the United States<br>(1ss) |
| 21:846=MD.F CONSPIRACY TO POSSESS WITH INTENT TO | Counts dismissed upon motion of the United States |

Proceedings include all events.                                              LSS
0:00cr6061-ALL USA v. Smith                                          CLOSED APPEAL

| | |
|---|---|
| DISTRIBUTE MARIJUANA<br>(2) | (2) |
| 21:846=CD.F CONSPIRACY<br>DISTRIBUTE CONTRL SUBST<br>(2s) | Counts dismissed upon motion of<br>the United States<br>(2s) |
| 21:846=MD.F CONSPIRACY TO<br>DISTRIBUTE MARIJUANA<br>(2ss) | Counts dismissed upon motion of<br>the United States<br>(2ss) |
| 21:952A=MI.F MARIJUANA -<br>IMPORT<br>(3) | Counts dismissed upon motion of<br>the United States<br>(3) |
| 21:952=MI.F MARIJUANA - IMPORT<br>(3s) | Counts dismissed upon motion of<br>the United States<br>(3s) |
| 21:952A=MI.F MARIJUANA -<br>IMPORT<br>(3ss) | Counts dismissed upon motion of<br>the United States<br>(3ss) |
| 21:841A=MD.F POSSESS WITH<br>INTENT TO DISTRIBUTE MARIJUANA<br>(4) | Counts dismissed upon motion of<br>the United States<br>(4) |
| 21:841A=MD.F POSSESS WITH<br>INTENT TO DISTRIBUTE MARIJUANA<br>(4s - 5s) | Counts dismissed upon motion of<br>the United States<br>(4s - 5s) |
| 21:841A=MD.F POSSESS WITH<br>INTENT TO DISTRIBUTE MARIJUANA<br>(4ss) | Counts dismissed upon motion of<br>the United States<br>(4ss) |
| 21:841A=MD.F MARIJUANA -<br>SELL/DISTR/DISPENSE<br>(5ss) | Counts dismissed upon motion of<br>the United States<br>(5ss) |
| 18:922G.F  UNLAWFUL TRANSPORT<br>OF FIREARMS<br>(6s - 7s) | Counts dismissed upon motion of<br>the United States<br>(6s - 7s) |
| 18:922G.F  UNLAWFUL TRANSPORT<br>OF FIREARMS<br>(6ss - 7ss) | Counts dismissed upon motion of<br>the United States<br>(6ss - 7ss) |
| 18:922G.F  UNLAWFUL TRANSPORT<br>OF FIREARMS<br>(7sss) | |
| 8:1324.F BRINGING IN AND<br>HARBORING ALIENS<br>(8s - 10s) | Counts dismissed upon motion of<br>the United States<br>(8s - 10s) |

```
Proceedings include all events.                                        LSS
0:00cr6061-ALL USA v. Smith                                   CLOSED APPEAL


8:1324.F BRINGING IN AND            Counts dismissed upon motion of
HARBORING ALIENS                    the United States
(8ss - 10ss)                        (8ss - 10ss)

8:1324.F BRINGING IN AND            Counts dismissed upon motion of
HARBORING ALIENS                    the United States
(9sss - 10sss)                      (9sss - 10sss)


Offense Level (disposition): 4




Complaints:

     NONE
```

```
Proceedings include all events.                                    LSS
0:00cr6061-ALL USA v. Smith                                CLOSED APPEAL

DARRYL SMITH, DOB: 8/20/59 Prisoner #61611-004
             defendant


==========================

USA

             plaintiff


U. S. Attorneys:

   Edward Joseph Ryan, Jr.
   305-261-4000
   1st Floor
   [COR LD NTC]
   6780 Coral Way
   Miami, FL 33155

   PTS Officer
   954-769-5600
   [COR LD NTC]
   Pretrial Services Office
   299 E Broward Boulevard
   Suite 301
   Fort Lauderdale, FL 33301
   954-769-5600

   Probation Officer
   FTS 769-5566
   954-769-5500
   [COR LD NTC]
   United States Probation Office
   299 E Broward Boulevard
   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6061-ALL USA v. Smith                                CLOSED APPEAL

3/9/00    1       MOTION by USA as to Darryl Smith to seal indictment
                  until arrest of defendant or until further order of the
                  court. (dd) [Entry date 03/10/00]

3/9/00    2       ORDER as to Darryl Smith granting [1-1] motion to seal
                  indictment as to Darryl Smith (1) ( Signed by Ch.
                  Magistrate Judge Lurana S. Snow on 3/9/00) CCAP [EOD Date:
                  3/10/00] CCAP░ (dd) [Entry date 03/10/00]

3/9/00   (3)      SEALED INDICTMENT as to Darryl Smith (1) count(s) 1, 2, 3,
                  4 (Criminal Category 1) (dd) [Entry date 03/10/00]

3/9/00    --      Magistrate identification: Magistrate Judge Lurana S. Snow
                  (dd) [Entry date 03/10/00]

3/9/00   (4)      ARREST WARRANT issued as to Darryl Smith .   Warrant
                  issued by Ch. Magistrate Judge Lurana S. Snow  Bail fixed
                  at PTD Requested (dd) [Entry date 03/10/00]

3/16/00  (5)      ORDER on Initial Appearance as to Darryl Smith Bond set to
                  for Darryl Smith.   Arraignment set for 3/24/00 for Darryl
                  Smith ; Report re counsel set for 3/20/00 for Darryl Smith ;
                   Detention hearing set for 3/17/00 for Darryl Smith ;
                  before Duty Magistrate, , ( Signed by Magistrate Judge
                  William C. Turnoff on 3/15/00)  CCAP (dp)
                  [Entry date 03/20/00]

3/16/00  (9)      ORDER as to Darryl Smith to Unseal Indictment ( Signed by
                  Magistrate Judge William C. Turnoff on 3/15/00) CCAP [EOD
                  Date: 3/20/00] CCAP░ (dp) [Entry date 03/20/00]

3/16/00   --      Indictment unsealed as to Darryl Smith (dp)
                  [Entry date 03/20/00]

3/16/00  (10)     REPORT Commencing Criminal Action as to Darryl Smith  DOB:
                  8/20/59  Prisoner # 61611-004 (dp) [Entry date 03/20/00]

3/17/00  (6)      Minute of PTD Hearing held on 3/17/00 before Magistrate
                  Barry S. Seltzer as to Darryl Smith ;  Court Reporter Name
                  or Tape #: 00-22-711 (dp) [Entry date 03/20/00]

3/17/00  (7)      NOTICE of Temporary Appearance for Darryl Smith by Attorney
                  Harold T. Smith Jr. (dp) [Entry date 03/20/00]

3/17/00  (8)      APPEARANCE BOND entered by Darryl Smith  in  Amount $
                  250,000 PSB   Approved by Judge Wilkie D. Ferguson Jr. .
                  Surrender passports/travel documents; Report to PTS as
                  follows: Random urine testing; Full-time employment;
                  Avoid victims/witnesses; No firearms/weapons; Curfew
                  from: 10pm-6am  Additional conditions: electronic
                  monitoring (dp) [Entry date 03/20/00]
```

```
Proceedings include all events.                                    LSS
0:00cr6061-ALL USA v. Smith                                CLOSED APPEAL
```

3/20/00  Minute of inquiry re counsel/arraignment held on 3/20/00 before Ch. Magistrate Judge Lurana S. Snow as to Darryl Smith ; Court Reporter Name or Tape #: 00-16/49 (dp) [Entry date 03/21/00]

3/28/00  MOTION by Darryl Smith to Modify Conditions of Pretrial Release (dp) [Entry date 03/28/00]

3/28/00  NOTICE of Appearance for Darryl Smith by Attorney Paul F. Gerson (dp) [Entry date 03/28/00]

3/28/00  Minute of inquiry re counsel/arraignment held on 3/27/00 before Ch. Magistrate Judge Lurana S. Snow as to Darryl Smith ; Court Reporter Name or Tape #: 00-17/1700 (dp) [Entry date 03/28/00]

3/28/00  STANDING DISCOVERY ORDER as to Darryl Smith  all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Ch. Magistrate Judge Lurana S. Snow on 3/27/00)  CCAP (dp) [Entry date 03/28/00]

3/28/00  ORDER SETTING STATUS CONFERENCE as to Darryl Smith  Status conference set for 11:00 4/12/00 for Darryl Smith  before Ch. Magistrate Judge Lurana S. Snow ( Signed by Ch. Magistrate Judge Lurana S. Snow on 3/27/00) CCAP [EOD Date: 3/28/00]  CCAP (dp) [Entry date 03/28/00]

3/28/00  ARRAIGNMENT INFORMATION SHEET for Darryl Smith (1) count(s) 1, 2, 3, 4   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 03/29/00]

3/29/00  ARREST WARRANT Returned Executed as to Darryl Smith on 3/15/00 (dp) [Entry date 03/31/00]

3/29/00  --    ARREST of Darryl Smith (dp) [Entry date 03/31/00]

4/4/00  NOTICE of Related Case by USA as to Darryl Smith (mh) [Entry date 04/06/00]

4/10/00  SCHEDULING ORDER as to Darryl Smith  setting Calendar Call for 3:15 5/1/00 for Darryl Smith ; Jury Trial for 5/8/00 for Darryl Smith ;  before Judge Wilkie D. Ferguson Jr.  ( Signed by Judge Wilkie D. Ferguson Jr. on 4/9/00) CCAP [EOD Date: 4/10/00]   CCAP (dp) [Entry date 04/10/00]

4/13/00  Minute of status conference held on 4/13/00  before Magistrate Barry S. Seltzer as to Darryl Smith ;  Court Reporter Name or Tape #: 00-26/1788 (dp) [Entry date 04/17/00]

4/13/00  --    Status conference as to Darryl Smith  held (dp) [Entry date 04/17/00]

```
Proceedings include all events.                                    LSS
0:00cr6061-ALL USA v. Smith                                CLOSED APPEAL

4/14/00   22   STATUS REPORT ORDER as to Darryl Smith  . ( Signed by
               Magistrate Barry S. Seltzer on 4/13/00) CCAP [EOD Date:
               4/17/00]   CCAP (dp) [Entry date 04/17/00]

4/25/00   23   NOTICE of Appearance for Darryl Smith by Attorney Joseph W.
               Gibson Jr. (dp) [Entry date 04/26/00]

4/25/00   24   MOTION by Darryl Smith for discovery (dp)
               [Entry date 04/26/00]

5/1/00    25   MOTION by Darryl Smith to continue trial (dp)
               [Entry date 05/02/00]

5/2/00    26   MOTION by Darryl Smith to continue trial (dp)
               [Entry date 05/03/00]

5/25/00   27   SUPERSEDING INDICTMENT as to  Darryl Smith (1) count(s)
               1s, 2s, 3s, 4s-5s, 6s-7s, 8s-10s (Criminal Category 2) (dp)
               [Entry date 05/31/00]

6/9/00    28   Minutes of arraignment on superseding held on 6/9/00
               before Magistrate Barry S. Seltzer as to Darryl Smith ;
               Court Reporter Name or Tape #: 00-47 (dp)
               [Entry date 06/12/00]

6/9/00    29   ARRAIGNMENT INFORMATION SHEET for Darryl Smith (1) count(s)
               1s, 2s, 3s, 4s-5s, 6s-7s, 8s-10s   NOT GUILTY PLEA ENTERED
               as to all counts. Court accepts plea. (dp)
               [Entry date 06/12/00]

6/16/00   30   SCHEDULING ORDER as to Darryl Smith  setting Calendar Call
               for 3:15 7/10/00 for Darryl Smith ; Jury Trial for 7/17/00
               for Darryl Smith ;   before Judge Wilkie D. Ferguson Jr.  (
               Signed by Judge Wilkie D. Ferguson Jr. on 6/15/00) CCAP
               [EOD Date: 6/20/00]   CCAP (dp) [Entry date 06/20/00]

6/22/00   31   MOTION by USA  as to Darryl Smith seeking an order to take
               deposition (dp) [Entry date 06/26/00]

6/27/00   32   NOTICE amending trial time and penalty sheet by USA as to
               Darryl Smith (dp) [Entry date 06/28/00]

6/29/00   33   ORDER as to Darryl Smith  granting [31-1] motion seeking an
               order to take deposition as to Darryl Smith (1) ( Signed by
               Judge Wilkie D. Ferguson Jr. on 6/28/00) CCAP [EOD Date:
               6/30/00] CCAP (dp) [Entry date 06/30/00]

7/5/00    34   MOTION by USA  as to Darryl Smith to continue trial (dp)
               [Entry date 07/06/00]

7/7/00    35   MOTION by Darryl Smith to dismiss superseding indictment (dp)
               [Entry date 07/07/00]


Docket as of February 19, 2002 9:33 am                       Page 8
```

```
Proceedings include all events.                                        LSS
0:00cr6061-ALL USA v. Smith                                   CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 7/10/00 | 36 | Minutes of calendar call held on 7/10/00 before Judge Wilkie D. Ferguson Jr. as to Darryl Smith ; Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 07/11/00] |
| 7/10/00 | -- | Calendar call as to Darryl Smith held (dp) [Entry date 07/11/00] |
| 7/14/00 | 37 | ORDER as to Darryl Smith granting [34-1] motion to continue trial as to Darryl Smith (1) to Continue in Interest of Justice, reset calendar call for 3:15 9/18/00 for Darryl Smith, reset Jury trial for 9/25/00 for Darryl Smith before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 7/12/00) CCAP [EOD Date: 7/17/00] CCAP (dp) [Entry date 07/17/00] |
| 7/19/00 | 38 | RESPONSE by USA as to Darryl Smith re [35-1] motion to dismiss superseding indictment (dp) [Entry date 07/20/00] |
| 7/21/00 | 39 | TRANSCRIPT filed as to Darryl Smith of deposition of Bertis Thompson held 7/3/00 (dp) [Entry date 07/24/00] |
| 7/26/00 | 40 | ORDER OF REFERENCE referring Motion(s) to Magistrate Judge Lurana S. Snow as to Darryl Smith : [35-1] motion to dismiss superseding indictment as to Darryl Smith (1) ( Signed by Judge Wilkie D. Ferguson Jr. on 7/25/00) CCAP [EOD Date: 7/27/00] CCAP (dp) [Entry date 07/27/00] |
| 8/4/00 | 41 | RESPONSE to Standing Discovery Order by USA as to Darryl Smith (dp) [Entry date 08/07/00] |
| 8/22/00 | 42 | REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S. Snow as to Darryl Smith recommending that [35-1] motion to dismiss superseding indictment as to Darryl Smith (1) be denied. Motion no longer referred. Signed on: 8/22/00 Objections to R and R due by 9/1/00 CCAP (dp) [Entry date 08/23/00] |
| 9/7/00 | 43 | SUPERSEDING INDICTMENT as to Darryl Smith (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-7ss, 8ss-10ss (Criminal Category 3) (dp) [Entry date 09/08/00] |
| 9/11/00 | 44 | MOTION by Darryl Smith to suppress statement made during interrogation (dp) [Entry date 09/12/00] |
| 9/14/00 | 45 | RESPONSE to Standing Discovery Order by USA as to Darryl Smith (ss) [Entry date 09/15/00] |
| 9/14/00 | 46 | RESPONSE by USA as to Darryl Smith re [44-1] motion to suppress statement (ss) [Entry date 09/15/00] |
| 9/15/00 | 47 | Minutes of arraignment on superseding held on 9/15/00 before Magistrate Judge Lurana S. Snow as to Darryl Smith ; Court Reporter Name or Tape #: 00-50/657 (dp) [Entry date 09/18/00] |

Proceedings include all events.                                          LSS
0:00cr6061-ALL USA v. Smith                                     CLOSED APPEAL

| | | |
|---|---|---|
| 9/15/00 |  | ARRAIGNMENT INFORMATION SHEET for Darryl Smith (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-7ss, 8ss-10ss  NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 09/18/00] |
| 9/15/00 |  | STANDING DISCOVERY ORDER as to Darryl Smith  all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Lurana S. Snow on 9/15/00)  Tape #  CCAP (dp) [Entry date 09/18/00] |
| 9/15/00 |  | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Darryl Smith ( Signed by Magistrate Judge Lurana S. Snow on 9/15/00) CCAP [EOD Date: 9/18/00]  CCAP (dp) [Entry date 09/18/00] |
| 9/20/00 | 51 | ORDER OF REFERENCE referring Motion(s)  to Magistrate Judge Lurana S. Snow as to Darryl Smith : [44-1] motion to suppress statement made during interrogation as to Darryl Smith (1)  ( Signed by Judge Wilkie D. Ferguson Jr. on 9/20/00) CCAP [EOD Date: 9/21/00]  CCAP (dp) [Entry date 09/21/00] |
| 9/26/00 |  | NOTICE of Hearing as to Darryl Smith : Motion hearing before Magistrate Judge Lurana S. Snow set for 1:30 10/10/00 for Darryl Smith for [44-1] motion to suppress statement made during interrogation (dp) [Entry date 09/27/00] |
| 9/28/00 |  | MOTION by Darryl Smith to suppress statement made during custodial interrogation (dp) [Entry date 10/02/00] |
| 9/28/00 |  | MOTION by Darryl Smith to dismiss second superseding indictment (dp) [Entry date 10/02/00] |
| 10/5/00 |  | NOTICE of Hearing as to Darryl Smith : Motion hearing before Magistrate Judge Lurana S. Snow set for 1:30 10/17/00 for Darryl Smith for [44-1] motion to suppress statement made during interrogation (dp) [Entry date 10/06/00] |
| 10/17/00 |  | Minutes of Motion to suppress held on 10/17/00 before Magistrate Judge Lurana S. Snow as to Darryl Smith; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 10/18/00] |
| 10/17/00 | -- | Motion hearing as to Darryl Smith re: [44-1] motion to suppress statement made during interrogation Motion hearing held before Magistrate Judge Lurana S. Snow (ss) [Entry date 10/18/00] |

```
Proceedings include all events.                                        LSS
0:00cr6061-ALL USA v. Smith                                   CLOSED APPEAL
```

11/7/00  (57)   ORDER OF REFERENCE referring Motion(s) to Magistrate Judge Lurana S. Snow as to Darryl Smith : [54-1] motion to dismiss second superseding indictment as to Darryl Smith (1), [53-1] motion to suppress statement made during custodial interrogation as to Darryl Smith (1) ( Signed by Judge Wilkie D. Ferguson Jr. on 11/7/00) CCAP [EOD Date: 11/8/00] CCAP (dp) [Entry date 11/08/00]

11/13/00 (58)  ADOPTION and Reliance on responses previously filed by USA as to Darryl Smith re [54-1] motion to dismiss second superseding indictment, [53-1] motion to suppress statement made during custodial interrogation (ss) [Entry date 11/13/00]

11/30/00 (59)  REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S. Snow as to Darryl Smith recommending that [44-1] motion to suppress statement made during interrogation as to Darryl Smith (1) be denied. Motion no longer referred. Signed on: 11/30/00 Objections to R and R due by 12/10/00  CCAP (dp) [Entry date 12/01/00]

12/5/00 (60)  APPEAL of Magistrate Decision to District Court by Darryl Smith re: Report and Recommendation (dp) [Entry date 12/06/00]

12/12/00 (61)  MOTION by Darryl Smith to suppress search warrant (dp) [Entry date 12/14/00]

12/14/00 (62)  ORDER as to Darryl Smith granting oral motion to continue trial; Reset Jury trial for 1/16/01 for Darryl Smith before Judge Wilkie D. Ferguson Jr., Reset calendar call for 3:15 1/8/01 for Darryl before Judge Wilkie D. Ferguson Jr., to Continue in Interest of Justice (Signed by Judge Wilkie D. Ferguson Jr. on 12/14/00) CCAP [EOD Date: 12/15/00] CCAP (ss) [Entry date 12/15/00]

12/14/00 (63)  SUPERSEDING INDICTMENT as to Darryl Smith (1) count(s) 1sss, 2sss, 3sss, 4sss-5sss, 6sss-7sss, 8sss-10sss (Criminal Category 3) (dp) [Entry date 12/18/00]

12/21/00 (64)  Minutes of arraignment held on 12/21/00 before Magistrate Barry S. Seltzer as to Darryl Smith ; Court Reporter Name or Tape #: 00-100/1239 (dp) [Entry date 12/21/00]

1/8/01 (65)   MOTION by USA as to Darryl Smith to extend time to respond to Franks motion (dp) [Entry date 01/08/01]

1/24/01 (66)   ORDER REFERRING Franks v. Delaware issue for report and recommendation Magistrate Judge Lurana S. Snow ( Signed by Judge Wilkie D. Ferguson Jr. on 1/24/01)  CCAP [EOD Date: 1/25/01] (dp) [Entry date 01/25/01]

```
Proceedings include all events.                                          LSS
0:00cr6061-ALL USA v. Smith                                      CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 1/24/01 | 67 | ORDER as to Darryl Smith to Continue in Interest of Justice, reset calendar call for 3:15 2/5/01 for Darryl Smith before Judge Wilkie D. Ferguson Jr., reset Jury trial for 2/12/01 for Darryl Smith before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 1/24/01) CCAP [EOD Date: 1/25/01] CCAP※ (dp) [Entry date 01/25/01] |
| 1/25/01 | 68 | RESPONSE by USA as to Darryl Smith re [61-1] motion to suppress for Franks Violation (ss) [Entry date 01/26/01] |
| 1/30/01 | 69 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Darryl Smith (dp) [Entry date 01/31/01] |
| 1/31/01 | 70 | ORDER as to Darryl Smith granting [65-1] motion to extend time to respond to Franks motion as to Darryl Smith (1) ( Signed by Magistrate Judge Lurana S. Snow on 1/31/01) CCAP [EOD Date: 2/1/01] CCAP※ (dp) [Entry date 02/01/01] |
| 2/2/01 | 71 | REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S. Snow as to Darryl Smith recommending that [61-1] motion to suppress search warrant as to Darryl Smith (1) be denied. Motion no longer referred. Signed on: 2/2/01 Objections to R and R due by 2/12/01 CCAP (dp) [Entry date 02/05/01] |
| 2/21/01 | 72 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Darryl Smith (dp) [Entry date 02/22/01] |
| 3/5/01 | 73 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Darryl Smith (dp) [Entry date 03/06/01] |
| 3/12/01 | 74 | MOTION by Darryl Smith to Modify Conditions of Release (dp) [Entry date 03/13/01] |
| 3/20/01 | 75 | Draft Exhibit list by USA as to Darryl Smith (dp) [Entry date 03/21/01] |
| 3/20/01 | 76 | ORDER upon oral motion as to Darryl Smith to Continue in Interest of Justice, reset calendar call for 3:15 4/16/01 for Darryl Smith before Judge Wilkie D. Ferguson Jr., reset Jury trial for 4/23/01 for Darryl Smith before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 3/20/01) CCAP [EOD Date: 3/21/01] CCAP※ (dp) [Entry date 03/21/01] |
| 3/26/01 | 77 | PETITION by USA for Writ of Habeas Corpus ad testificandum for Wilton Ellis on 4/9/01 (dp) [Entry date 03/27/01] |
| 3/26/01 | 78 | WRIT of Habeas Corpus ad Testificandum issued for Wilton Ellis for 4/9/01 in case as to Darryl Smith ( Signed by Magistrate Barry S. Seltzer on 3/26/01) CCAP [EOD Date: 3/27/01] (dp) [Entry date 03/27/01] |

```
Proceedings include all events.                                    LSS
0:00cr6061-ALL USA v. Smith                                CLOSED APPEAL

4/5/01   79    SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as
               to Darryl Smith (dp) [Entry date 04/06/01]

4/17/01  80    MOTION by USA as to Darryl Smith to bring electronic
               equipment into courtroom (dp) [Entry date 04/18/01]

4/20/01  87    Minutes of trial held on 4/30/01 before Judge Wilkie D.
               Ferguson Jr. as to Darryl Smith ; Court Reporter Name or
               Tape #: Brynn Dockstader (dp) [Entry date 05/02/01]

4/23/01  --    Voir dire begun as to Darryl Smith (1) count(s) 1sss, 2sss,
               3sss, 4sss-5sss, 6sss-7sss, 8sss-10sss (dp)
               [Entry date 04/26/01]

4/26/01  81    Minutes of jury selection & trial held on 4/23/01 before
               Judge Wilkie D. Ferguson Jr. as to Darryl Smith ; Court
               Reporter Name or Tape #: Brynn Dockstader (dp)
               [Entry date 04/26/01]

4/26/01  82    Minutes of trial held on 4/24/01 before Judge Wilkie D.
               Ferguson Jr. as to Darryl Smith ; Court Reporter Name or
               Tape #: Brynn Dockstader (dp) [Entry date 04/26/01]

4/26/01  83    Minutes of trial held on 4/25/01 before Judge Wilkie D.
               Ferguson Jr. as to Darryl Smith ; Court Reporter Name or
               Tape #: Brynn Dockstader (dp) [Entry date 04/26/01]

4/26/01  84    Minutes of trial held on 4/26/01 before Judge Wilkie D.
               Ferguson Jr. as to Darryl Smith ; Court Reporter Name or
               Tape #: Brynn Dockstader (dp) [Entry date 04/26/01]

4/27/01  85    MOTION by USA as to Darryl Smith in limine to preclude
               improper character evidence (dp) [Entry date 04/30/01]

4/30/01  86    TRANSCRIPT filed as to Darryl Smith of testimony of Sean
               Harris held 4/24/01 before Judge Wilkie D. Ferguson Jr.
               Pages: 1-68 (dp) [Entry date 04/30/01]

5/1/01   88    Minutes of trial held on 5/1/01 before Judge Wilkie D.
               Ferguson Jr. as to Darryl Smith ; Court Reporter Name or
               Tape #: Brynn Dockstader (dp) [Entry date 05/02/01]

5/1/01   89    TRANSCRIPT filed as to Darryl Smith of testimony of Sean
               Harris held 4/25/01 before Judge Wilkie D. Ferguson
               Pages: 1-92 (dp) [Entry date 05/02/01]

5/1/01   90    TRANSCRIPT filed as to Darryl Smith of testimony of Sean
               Harris held 4/25/01 before Judge Wilike D. Ferguson
               Pages: 93-177 (dp) [Entry date 05/02/01]

5/3/01   91    Minutes of jury trial held on 5/2/01 before Judge Wilkie
               D. Ferguson Jr. as to Darryl Smith ; Court Reporter Name
               or Tape #: Brynn Dockstader (dp) [Entry date 05/04/01]
```

Proceedings include all events.                                              LSS
0:00cr6061-ALL USA v. Smith                                          CLOSED APPEAL

| | | |
|---|---|---|
| 5/3/01 | 92 | Minutes of jury verdict held on 5/3/01 before Judge Wilkie D. Ferguson Jr. as to Darryl Smith ; Court Reporter Name or Tape #: Brynn Dockstader (dp) [Entry date 05/04/01] |
| 5/3/01 | 93 | NOTICE of Hearing as to Darryl Smith : setting Sentencing for 10:30 7/6/01 for Darryl Smith before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 05/04/01] |
| 5/3/01 | 94 | Court's Index to Jury instructions as to Darryl Smith (dp) [Entry date 05/04/01] |
| 5/3/01 | 95 | ORDER granting request to remain on leave from his job until after the instant case as been litigated as to Darryl Smith ( Signed by Judge Wilkie D. Ferguson Jr. on 5/3/01 now for 3/12/01) CCAP [EOD Date: 5/4/01] CCAP (dp) [Entry date 05/04/01] |
| 5/3/01 | 96 | JURY VERDICT as to Darryl Smith Guilty: Darryl Smith (1) count(s) 1sss, 2sss, 3sss, 4sss-5sss, 6sss, 8sss, Not Guilty: Darryl Smith (1) count(s) 7sss (dp) [Entry date 05/04/01] |
| 5/8/01 | 97 | TRANSCRIPT filed as to Darryl Smith of testimony of Shelly Reiter held April 26, 2001 before Judge Wilkie D. Ferguson, Jr. Volume #: one Pages: 1-28 (jl) [Entry date 05/09/01] |
| 5/11/01 | 98 | MOTION by Darryl Smith to extend time to file motion for new trial (dp) [Entry date 05/14/01] |
| 5/22/01 | 99 | MOTION by Darryl Smith to extend time to file motion for new trial (dp) [Entry date 05/23/01] |
| 5/30/01 | 100 | MOTION by Darryl Smith to extend time to file motion for new trial (dp) [Entry date 05/30/01] |
| 6/7/01 | 101 | MOTION by Darryl Smith for Judgment of Acquittal (dp) [Entry date 06/08/01] |
| 6/8/01 | 102 | MOTION by Darryl Smith for new trial (dp) [Entry date 06/11/01] |
| 6/19/01 | 103 | ORDER as to Darryl Smith denying [102-1] motion for new trial as to Darryl Smith (1) ( Signed by Judge Wilkie D. Ferguson Jr. on 6/19/01) CCAP [EOD Date: 6/20/01] CCAP (dp) [Entry date 06/20/01] |
| 7/5/01 | 104 | MOTION by USA as to Darryl Smith to continue sentencing (ss) [Entry date 07/06/01] |
| 7/10/01 | 105 | MOTION by Darryl Smith to continue sentencing (dp) [Entry date 07/11/01] |

```
Proceedings include all events.                                           LSS
0:00cr6061-ALL USA v. Smith                                       CLOSED APPEAL

7/17/01   106     ORDER as to Darryl Smith Response to motion [101-1] motion
                  for Judgment of Acquittal within 10 days of this order (
                  Signed by Judge Wilkie D. Ferguson Jr. on 7/10/01) [EOD
                  Date: 7/18/01] CCAP (dp) [Entry date 07/18/01]

7/17/01   107     ORDER directing government to respond within 10 days of
                  this order to motion for judgment of acquittal as to Darryl
                  Smith ( Signed by Judge Wilkie D. Ferguson Jr. on 7/17/01)
                  [EOD Date: 7/18/01] CCAP (dp) [Entry date 07/18/01]

7/19/01   108     RESPONSE by USA as to Darryl Smith re [101-1] motion for
                  Judgment of Acquittal (dp) [Entry date 07/20/01]

7/23/01   109     NOTICE of Hearing as to Darryl Smith :  setting Sentencing
                  for 9:00 9/14/01 for Darryl Smith  before Judge Wilkie D.
                  Ferguson Jr. (dp) [Entry date 07/24/01]

8/6/01    110     ORDER as to Darryl Smith  granting [100-1] motion to extend
                  time to file motion for new trial as to Darryl Smith (1)
                  reset Sentencing for 9:00 9/14/01 for Darryl Smith  before
                  Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D.
                  Ferguson Jr. on 8/6/01) [EOD Date: 8/7/01] CCAP (dp)
                  [Entry date 08/07/01]

8/15/01   111     OBJECTION by Darryl Smith  to Presentence Investigation
                  Report (dp) [Entry date 08/16/01]

9/13/01   112     RESPONSE by USA as to Darryl Smith  in opposition to
                  [111-1] objection (dp) [Entry date 09/14/01]

9/18/01   113     NOTICE of Hearing as to Darryl Smith :  setting Sentencing
                  for 11:00 9/28/01 for Darryl Smith  before Judge Wilkie D.
                  Ferguson Jr. (dp) [Entry date 09/19/01]

9/28/01   114     Minutes of sentence held on 9/28/01  before Judge Wilkie D.
                  Ferguson Jr. as to Darryl Smith ;  Court Reporter Name or
                  Tape #: Stephen Franklin (dp) [Entry date 10/01/01]

9/28/01   --      Sentencing  held Darryl Smith (1) count(s) 1sss, 2sss,
                  3sss, 4sss-5sss, 6sss, 8sss (dp) [Entry date 10/01/01]
```

Proceedings include all events.                                        LSS
0:00cr6061-ALL USA v. Smith                                    CLOSED APPEAL

9/28/01   115    JUDGMENT as to  Darryl Smith (1) count(s) 1sss, 2sss .  262
                 months imprisonment to run concurrent; 5 years supervised
                 release to run concurrent; Special assessment of $100 for
                 each count 1sss and 2sss , Darryl Smith (1) count(s) 3sss,
                 4sss -5sss .  240 months imprisonment to run concurrent, 3
                 years supervised release to run concurrent and $100 special
                 assessment for each count 3sss-5sss , Darryl Smith (1)
                 count(s) 6sss, 8sss .  120 months imprisonment to run
                 concurrent, 3 years supervised release to run concurrent
                 and $100 special assessment as to each count 6sss, 8sss ,
                 Darryl Smith (1) count(s) 1ss, 1s , 1 , 2ss , 2s , 2 , 3ss
                 , 3s , 3 , 4ss , 4s -5s .  Counts dismissed upon motion of
                 the United States  ( Signed by Judge Wilkie D. Ferguson Jr.
                 on 9/28/01) [EOD Date: 10/15/01]   CCAP (dp)
                 [Entry date 10/15/01]

10/15/01  116    NOTICE OF APPEAL by Darryl Smith re: [115-1] judgment order
                 EOD Date: 10/15/01; Darryl Smith (1) count(s) 1sss, 2sss,
                 3sss, 4sss-5sss, 6sss, 8sss;   Filing Fee: $ NO FEE PAID
                 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf)
                 [Entry date 10/15/01]

10/15/01  --     Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Darryl Smith [116-1] appeal (gf)
                 [Entry date 10/15/01]

10/22/01  --     NOTICE of Receipt of Transmittal Letter from USCA as to
                 Darryl Smith  Re: [116-1] appeal   USCA Number: 01-15847-E
                 (dl) [Entry date 10/23/01]

10/23/01  117    MOTION by Darryl Smith for appointment of counsel for
                 appeal (dp) [Entry date 10/24/01]

10/26/01  118    MOTION by Darryl Smith for Appointment of CJA Attorney for
                 Appeal (gf) [Entry date 10/26/01]

10/26/01  119    MOTION by Darryl Smith to proceed in forma pauperis on
                 appeal (gf) [Entry date 10/26/01]

12/6/01   120    ORDER as to Darryl Smith [118-1] motion for Appointment of
                 CJA Attorney for Appeal as to Darryl Smith (1) , [117-1]
                 motion for appointment of counsel for appeal as to Darryl
                 Smith (1) for Appointment of Attorney Sheryl Lowenthal (
                 Signed by Judge Wilkie D. Ferguson Jr. on 12/6/0) [EOD
                 Date: 12/7/01] CCAP  (gf)  [Entry date 12/07/01]

1/3/02    122    TRANSCRIPT INFORMATION FORM as to Darryl Smith  re: [116-1]
                 appeal   received on 01/07/02 from Court Reporter. (Returned
                 to Court Reporter Coordinator) (gf) [Entry date 01/08/02]

1/7/02    121    MOTION by Darryl Smith to authorize preparation of
                 transcript of jury selection proceedings for appeal (dp)
                 [Entry date 01/08/02]

```
Proceedings include all events.                                      LSS
0:00cr6061-ALL USA v. Smith                                 CLOSED APPEAL
```

| | | |
|---|---|---|
| 1/9/02 | 123 | TRANSCRIPT INFORMATION FORM as to Darryl Smith  re: [116-1] appeal   received on 1/14/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 01/14/02] |
| 1/16/02 | 124 | Acknowledgement of Transcript Information Form as to Darryl Smith re: [116-1] appeal  by Darryl Smith  Transcript of: Sentence held 9/28/01. Transcript due on: 2/10/02 for Darryl Smith ;  Court Reporter name: Stephen W. Franklin (gf) [Entry date 01/16/02] |
| 1/24/02 | 125 | TRANSCRIPT filed as to Darryl Smith of Motion to Suppress held 10/17/00 before Magistrate Judge Lurana S. Snow Volume #: 1 Pages: 1-118 re: [116-1] appeal. Appeal record due on 2/8/02 for Darryl Smith (gf) [Entry date 01/24/02] |
| 1/28/02 | 126 | Transcript Information Form as to Darryl Smith for Transcript of: Motion to Suppress held 10/17/00 filed re: [116-1] appeal  by Darryl Smith (gf) [Entry date 01/30/02] |
| 1/30/02 | 127 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 4/23/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: I  Pages: 1-94  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 128 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 4/24/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: II  Pages: 94-194  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 129 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 4/24/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: III  Pages: 195-360  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 130 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 4/25/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: IV  Pages: 361-490  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 131 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 4/25/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: V  Pages: 490-606  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 132 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 4/26/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: VI  Pages: 607-761  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 133 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 4/30/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: VII  Pages: 761-880  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |

```
Proceedings include all events.                                    LSS
0:00cr6061-ALL USA v. Smith                               CLOSED APPEAL
```

| | | |
|---|---|---|
| 1/30/02 | 134 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 5/1/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: VIII Pages: 881-1000  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 135 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 5/1/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: IX  Pages: 1000-1119  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 136 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 5/2/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: X  Pages: 1119-1211  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 137 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 5/2/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: XI  Pages: 1211-1357  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 138 | TRANSCRIPT filed as to Darryl Smith  of Trial Proceedings held 5/3/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: XII  Pages: 1358-1380  re: [116-1] appeal . Appeal record due on 2/14/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 1/30/02 | 139 | Transcript Information Form as to Darryl Smith for Transcript of: Trial Proceedings held 4/20/01-5/3/01 filed re: [116-1] appeal  by Darryl Smith (gf) [Entry date 02/05/02] |
| 2/5/02 | 140 | TRANSCRIPT filed as to Darryl Smith  of Sentencing Proceedings held 9/28/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: I  Pages: 1-47  re: [116-1] appeal . Appeal record due on 2/20/02 for Darryl Smith (gf) [Entry date 02/05/02] |
| 2/5/02 | 141 | Transcript Information Form as to Darryl Smith for Transcript of: Sentencing Proceedings held 9/28/01 filed re: [116-1] appeal  by Darryl Smith (gf) [Entry date 02/05/02] |
| 2/11/02 | 142 | MOTION by Darryl Smith for designation of facility in southern Florida (dp) [Entry date 02/12/02] |
| 2/11/02 | 143 | TRANSCRIPT filed as to Darryl Smith  of Jury Selection held 4/23/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: I  Pages: 1-144  re: [116-1] appeal . Appeal record due on 2/26/02 for Darryl Smith (gf) [Entry date 02/12/02] |
| 2/11/02 | 144 | Acknowledgement of Transcript Information Form as to Darryl Smith re: [116-1] appeal  by Darryl Smith  Transcript of: Jury Selection held 4/23/01. Transcript due on: 2/25/02 for Darryl Smith ;  Court Reporter name: Brynn Dockstader (gf) |

```
Proceedings include all events.                                    LSS
0:00cr6061-ALL USA v. Smith                                CLOSED APPEAL
                [Entry date 02/13/02]

2/11/02  (145)   Transcript Information Form as to Darryl Smith for
                 Transcript of: Jury Selection held 4/23/01 filed re:
                 [116-1] appeal  by Darryl Smith (gf) [Entry date 02/13/02]

2/19/02  (146)   Certificate of readiness transmitted to USCA as to Darryl
                 Smith  re: [116-1] appeal  by Darryl Smith  USCA #
                 01-15847-E (dl) [Entry date 02/19/02]
```