UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 00-6061-CR-WDF

DARRYL SMITH,
a/k/a "D"

　　　Defendant
_____/

## AMENDED MOTION FOR DESIGNATION
## OF FACILITY IN MIAMI, FLORIDA

Defendant, Darryl Smith, by and through her undersigned counsel of record, moves this Honorable Court for an Order designating a facility in Miami, Florida for Defendant to serve his sentence, and in support states as follows:

1. Defendant's father's James Smith is advanced in age and has a high-risk medical condition and under doctor's care. (Doctor's letter attached)

2. Defendant's father has been advised by his doctor, Teresa Allen, MD, to discontinue any long distance traveling.

3. If Defendant is incarcerated in a facility outside of Miami, Florida his father would not be able to visit Defendant.

4. Defendant and his father are very close and it would be extremely painful and sad for Defendant's father if he would not have the opportunity to see his son again.

5. Defendant's entire family resides in Miami, Florida and are of humble means and would not be able to visit Defendant if he were placed in a facility outside of Miami, Florida.



WHEREFORE, Defendant respectfully prays this Court issue an Order recommending to the Federal Bureau of Prisons that Defendant serve his sentence in a federal institution in Miami, Florida.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was mailed this ___1___ day of ~~February~~ March, 2002, to: Edward R. Ryan, AUSA, Office of the United States Attorney, Southern District of Florida, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33394.

_____
JOSEPH W. GIBSON, ESQ.
FBN: 344494

JOSEPH W. GIBSON, P.A.
19 W. Flagler Street
Suite 311
Miami, Florida 33130
Phone: (305) 377-2525
Fax:   (305) 377-2528