

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

March 10, 2003

RE: 01-15847-EE    USA v. Darryl Smith
DC DKT NO.: 00-06061 CR-WDF

TO:   Clarence Maddox

CC:   Sheryl Joyce Lowenthal

CC:   Anne R. Schultz

CC:   Marc Fagelson

CC:   Emily Smachetti

CC:   Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties



March 10, 2003

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 01-15847-EE    USA v. Darryl Smith
DC DKT NO.: 00-06061 CR-WDF

The enclosed certified copy of the Rule 36-1 decision and judgment are hereby issued as the mandate of this court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

MDT-1 (8-2002)

# United States Court of Appeals
For the Eleventh Circuit

No. 01-15847

District Court Docket No.
00-06061-CR-WDF

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Dec 16, 2002

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

   Plaintiff-Appellee,

versus

DARRYL SMITH,

   Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached 11th Cir. R. 36-1 affirmance without opinion included herein by reference, is entered as the judgment of this Court.

Entered:     December 16, 2002
For the Court:  Thomas K. Kahn, Clerk
    By:       Meoli, Anthony



ISSUED AS MANDATE
MAR 1 0 2003
U.S. COURT OF APPEALS
ATLANTA, GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 16 2002
THOMAS K. KAHN
CLERK
```

No. 01-15847

D.C. Docket No. 00-06061-CR-WDF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRYL SMITH,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(December 16, 2002)

Before TJOFLAT and BARKETT, Circuit Judges, and WEINER*, District Judge.

---

*Honorable Charles Weiner, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

PER CURIAM:

AFFIRMED. See 11th Cir. R. 36-1.[1]



---

[1] 11th Cir. R. 36-1 provides:
When the court determines that any of the following circumstances exist:
    (a)   judgment of the district court is based on findings of fact that are not clearly erroneous;
    (b)   the evidence in support of a jury verdict is sufficient;
    (c)   the order of an administrative agency is supported by substantial evidence on the record as a whole;
    (d)   summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
    (e)   judgment has been entered without a reversible error of law;
and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.

2