UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DARRYL SMITH,   CASE NO. 04-60358-CIV-DIMITROULEAS
                (00-6061-CR-DIMITROULEAS)

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE is before the Court on Petitioner's (Smith) Motion to Vacate, the Court orders a response from the Government on or before April 12, 2004.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of March, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John H. Lipinski, Esquire
U.S. Attorneys Office

