UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DARRYL SMITH,                                    CASE NO.  04-60358-CIV-DIMITROULEAS
                                                          (00-6061-CR-DIMITROULEAS)
     Petitioner,

vs.

UNITED STATES OF AMERICA,

     Respondent.
_____/



FILED by _____ D.C.

MAR 29 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court on the Court's own review of the docket.  The Court notes that petitioner's oath is not notarized.  Rule 2 of the Rules Governing Section 2255 Proceedings indicates that the form of the motion shall be in substantially the form annexed to the rules.  That form allows a petitioner to file an un-notarized oath, but petitioner must declare "under penalty of perjury" that the foregoing is true.  Here, Petitioner swears that he has read a motion for Rule 3.850 post conviction relief and the facts are true.  Apparently, Petitioner has used a state form.  Additionally, Rule 2 requires the allegations to be segregated by Grounds.  Here, Petitioner has filed a rambling complaint that is not separated into counts or grounds.  Rule 10(b) Fed. R. Civ. Proc. requires each claim to be stated in a separate count.  Stone Mountain Game Ranch, Inc. v. Hunt, 746 F. 2d 761, 763 n. 1 (11th Cir. 1984).  This is not a pro se pleading for which a liberal construction is required.

Wherefore, Petitioner shall show cause on or before April 7, 2004 why this petition should not be dismissed.



DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of March, 2004.


WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John H. Lipinski, Esquire
U.S. Attorneys Office