UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60358-CIV-DIMITROULEAS
(00-6061-CR-DIMITROULEAS)

DARRYL SMITH,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## FINAL ORDER DISMISSING CASE AS DUPLICATIVE

THIS CAUSE is before the Court sua sponte.

Upon a review of the Complaint in this case and the Complaint in Case No. 04-60302-CIV-COHN, it appears that this action is duplicative of the 04-60302 action. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled case is hereby **DISMISSED as duplicative;**

2. All pending motions in this case are **DENIED AS MOOT;**

3. The Clerk shall close this case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____1____ day of April 2004.

                                        WILLIAM P. DIMITROULEAS
                                        United States District Judge

Copies furnished to:

Magistrate Judge Torres
John H. Lipinski, Esq.
Sharon M. Medeiros, AUSA