UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DARRYL SMITH,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

CASE NO. 04-60358-CIV-DIMITROULEAS
(00-6061-CR-DIMITROULEAS)

FILED by _____ D.e.
JUL 0 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Petitioner Darryl Smith's Motion for Extension of Time to File Reply Brief [filed herein on July 7, 2004]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

This case was closed because this action is duplicative of case number 04-60302-CIV-COHN. Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner Darryl Smith's Motion for Extension of Time to File Reply Brief is hereby **DENIED** without prejudice to refiling in case number 04-60302-CIV-COHN.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___8___ day of July, 2004.

                                                        _____
                                                        WILLIAM P. DIMITROULEAS
                                                        United States District Judge

Copies furnished to:

John H. Lipinski, Esq.
Bertha Mitrani, AUSA

