UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DARRYL SMITH,                   ) CASE NO. 04-60302-CIV-COHN
                                )           00-6061-CR-FERGUSON
            Movant,             )
                                )
     -v-                        )
                                )
UNITED STATES OF AMERICA,       )
                                ) Fort Lauderdale, Florida
            Respondent.         ) October 14, 2004
_____) 1:47 p.m.

TRANSCRIPT OF HEARING

BEFORE MAGISTRATE/JUDGE LURANA S. SNOW

APPEARANCES:

For the Movant:         J.H. LIPINSKI, ESQ.
                        P.O. Box 848068
                        Pembroke Pines, Florida  33084


For the Respondent:     BERTHA MITRANI, ESQ.
                        Assistant United States Attorney
                        500 East Broward Boulevard
                        Suite 700
                        Fort Lauderdale, Florida  33301


Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 00-6061-CR-JIC
# DE# 156

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

_____

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

**PLEASE REFER TO COURT FILE**