1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DARRYL SMITH, | ) | CASE NO. 04-60302-CIV-COHN |
| | ) | 00-6061-CR-FERGUSON |
| Movant, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Fort Lauderdale, Florida |
| Respondent. | ) | October 19, 2004 |
| | ) | 10:15 a.m. |

TRANSCRIPT OF HEARING

BEFORE THE MAGISTRATE/JUDGE LURANA S. SNOW

APPEARANCES:

For the Movant:        J.H. LIPINSKI, ESQ.
                       P.O. Box 848068
                       Pembroke Pines, Florida  33084


For the Respondent:    BERTHA MITRANI, ESQ.
                       Assistant United States Attorney
                       500 East Broward Boulevard
                       Suite 700
                       Fort Lauderdale, Florida  33301


Reporter:              ROBERT A. RYCKOFF
                       Official Court Reporter
                       299 East Broward Boulevard
                       Fort Lauderdale, Florida 33301
                       954-769-5657

THIS VOLUME:

Pages 1 - 73

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 00-6061-CR-JIC
# DE# 157

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

**PLEASE REFER TO COURT FILE**