CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 0 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE WILLIAM J. ZLOCH

CASE NO __00-6061-CIV-ZLOCH__   DATE __December 1, 2005__

COURTROOM CLERK __Seamus Flaherty__   COURT REPORTER __Carl Schanzleh__

__Dr. Paul Zidel__   __AllState Insurance__

VS

COUNSEL __Eric Lee, A__   COUNSEL __Nancy Copperthwaite__

REASON FOR HEARING __Final Fairness Hearing for settlement approved by prior Order (DE 1093)__

RESULT OF HEARING __Court finds that settlement is fair, reasonable, and adequate and not the product of collusion. Order will be entered__

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC __This hearing involved the "Hartford" matter - 01-8111-CIV-ZLOCH.__

