CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

AUG 0 7 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE WILLIAM J. ZLOCH

CASE NO. 00-6061-CIV-ZLOCH   DATE August 7, 2006
COURTROOM CLERK Seamus Flaherty   COURT REPORTER Carl Schier

Dr. Paul Zidel

vs

Allstate Insurance Co., et al.

COUNSEL Eric Lee, Esq., Larry Kopelman, Esq.

COUNSEL Fran Auania, Esq. Doug Blackwell, Esq.

REASON FOR HEARING Final Fairness Hearing Re: Settlement of Class Action

RESULT OF HEARING The Court will approve the settlement — it is fair, reasonable, adequate + not the result of collusion.

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC The specific actions being considered at this hearing are Brickell v. Progressive Casualty Ins. Co., 00-8649-CIV-ZLOCH AND Ultra Open MRI Corp v. Progressive American Ins. Co., 01-6776-CIV-ZLOCH (ie the "Progressive Actions")

159